Official Form 205

# Involuntary Petition Against a Non-Individual

**12/15**

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

**Part 1:**    Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**    *Check one:*

   ☑ Chapter 7
   ☐ Chapter 11

**Part 2:**    Identify the Debtor

2. **Debtor's name**    **RemoteMD, L.L.C.**

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☑ Unknown

   _____ EIN

5. **Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| **880 W. Commerce Road, Suite 101** | |
| Number       Street | Number       Street |
| | P.O. Box |
| **New Orleans**    **LA**    **70123** | |
| City     State     Zip Code | City     State     Zip Code |
| **Jefferson Parish** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number       Street |
| | City     State     Zip Code |

6. **Debtor's website** (URL)    **www.remotemd.net**

7. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**    *Check one:*

   ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)
☐ Railroad (as defined in 11 U.S.C. § 101(44)
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)
☐ None of the types of business listed.
☐ Unknown type of business.

**9.** **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☑ No
☐ Yes.  Debtor _____      Relationship _____

District _____  Date filed _____      Case number, if known _____
                                                MM / DD / YYYY

Debtor _____      Relationship _____

District _____  Date filed _____      Case number, if known _____
                                                MM / DD / YYYY

---

**Part 3:    Report About the Case**

**10.  Venue**      *Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11.    Allegations**      Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12.  Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13.  Each petitioner's claim**

**See attached Schedule A, which is incorporated into this petition by reference**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

---

**Part 4    Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Debtor | RemoteMD, L.L.C. | Case number *(if known)* | |
|---|---|---|---|

| Petitioners or Petitioners' Representative | s/ | Attorneys |
|---|---|---|

**Name and mailing address of petitioner**
**See the Declarations that are attached to this petition as Exhibit A, which are incorporated into this petition by reference.**

Name

Number     Street

City                     State          Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number     Street

City                     State          Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on
_____
MM / DD / YYYY

_____
Signature of petitioner or representative, including representative's title

**Jamie L. Edmonson**
Printed name

**Robinson & Cole LLP**
Firm name, if any
**1201 N. Market Street, Suite 1406**
Number     Street
**Wilmington**                          **DE**          **19801**
City                     State          Zip Code
Contact phone     **302-516-700**     Email     **jedmonson@rc.com**

Bar number          **4247**

State               **Delaware**

/s/ Jamie L. Edmonson
_____
Signature of attorney
Date signed     10/18/2022
                MM / DD / YYYY

**SCHEDULE A**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN  DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| In re:<br><br>REMOTEMD, L.L.C.<br><br><div align="right">Debtor.</div> | Chapter 7<br><br>Case No. |

**SCHEDULE A TO THE INVOLUNTARY PETITION**
**AGAINST REMOTEMD, L.L.C.**

This schedule sets forth the names of the petitioners commencing this involuntary case

against RemoteMD, L.L.C. and the nature and amount of those petitioners' claims against

RemoteMD, L.L.C.

| Reference Number | Name of the Petitioner or Petitioners | Nature of the Petitioner's or Petitioners' Claim | Amount of the Petitioner's or Petitioners' Claim above the Value of any Lien |
|---|---|---|---|
| 1 | Robert Dudley | Unsecured Note | $2,500,000.00 plus interest at 10% from May 13, 2022 |
| 2 | Premier Laboratory Services, Inc. | Trade Debt | $1,736,680.00 plus penalties and interest |
| 3 | Steele Strategies, Inc. | Trade Debt | $1,540,000.00 |
| 4 | Securitas Security Services USA, Inc. | Trade Debt | $86,466.71 |
| 5 | KJG Strategies | Trade Debt | $34,998.42 |
| **Sum:** |  |  | **$5,898,145.13 plus interest and penalties** |

# SCHEDULE A-1

DUDLEY DECLARATION

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

In re:

REMOTEMD, L.L.C.

Debtor.

Chapter 7

Case No.

## DECLARATION OF ROBERT DUDLEY

I, Robert Dudley, in my individual capacity, state that:

1.    I and the other petitioners request that an order for relief be entered against RemotedMD, L.L.C. under chapter 7 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532.

2.    I am neither a corporation nor a foreign representative appointed in a foreign proceeding.

3.    I have examined the information in the involuntary petition against RemoteMD, L.L.C. and have a reasonable belief that the information is true and correct.

4.    The following is the information that is required by Part 4 of Official Form 205:

Petitioner's Name:         Robert Dudley

Petitioner's Mailing       1736 Gulf Shore Blvd N
Address:                   Naples, FL  34102

5.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2022

_____
Robert Dudley

# SCHEDULE A-2

STEELE DECLARATION

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>REMOTEMD, L.L.C.<br><br>     Debtor. | Chapter 7<br><br>Case No. |

## DECLARATION OF KATHRYN STEELE

I, Kathryn Steele, in my capacity as Managing Member of Steele Strategies Inc., state that:

1. I and the other petitioners request that an order for relief be entered against

RemotedMD, L.L.C. under chapter 7 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532.

2. Steele Strategies Inc. is a corporation formed under the laws of the State of Texas.

3. I have examined the information in the involuntary petition against RemoteMD,

L.L.C. and have a reasonable belief that the information is true and correct.

4. The following is the information that is required by Part 4 of Official Form 205:

Petitioner's Name: Steele Strategies Inc.

Petitioner's Mailing 1940 Fountain View Dr. Suite 463
   Address: Houston TX 77057

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2022

_____
Kathryn Steele

# SCHEDULE A-3

BROUSSARD DECLARATION

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>REMOTEMD, L.L.C.<br><br>Debtor. | Chapter 7<br><br>Case No. |

## <u>DECLARATION OF VALERIE BROUSSARD</u>

I, Valerie Broussard, in my capacity as owner and CFO of Premier Laboratory Services, LLC, state that:

 1. I and the other petitioners request that an order for relief be entered against RemotedMD, L.L.C. under chapter 7 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532.

 2. Premier Laboratory Services, LLC is a limited liability company formed under the laws of the State of Louisiana.

 3. I have examined the information in the involuntary petition against RemoteMD, L.L.C. and have a reasonable belief that the information is true and correct.[1]

 4. The following is the information that is required by Part 4 of Official Form 205:

| | |
|---|---|
| Petitioner's Name:<br>Petitioner's Mailing<br>Address: | Premier Laboratory Services, LLC<br>c/o Jones Walker LLP<br>Kyle Bacon, Esq.<br>600 Jefferson Street, Suite 1600<br>Lafayette, LA 70501 |

 5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2022

_Valerie Broussard_
Valerie Broussard

---

[1] Premier Laboratory Services, LLC reserves the right to claim amounts owed in addition to that which is stated in the involuntary petition, including without limitation account debt, attorney fees, interest, late charges, and costs.

**SCHEDULE A-4**

RICHARD DECLARATION

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re:

REMOTEMD, L.L.C.

                              Debtor.

Chapter 7

Case No.

**DECLARATION OF JAMES RICHARD**

I, James Richard, in my capacity as Region Controller of Securitas Security Services USA, Inc., state that:

1.     I and the other petitioners request that an order for relief be entered against RemotedMD, L.L.C. under chapter 7 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532.

2.     Securitas Security Services USA, Inc. is a corporation formed under the laws of the State of Delaware.

3.     I have examined the information in the involuntary petition against RemoteMD, L.L.C. and have a reasonable belief that the information is true and correct.

4.     The following is the information that is required by Part 4 of Official Form 205:

Petitioner's Name:          Securitas Security Services USA, Inc.

Petitioner's Mailing        c/o James Richard
Address:                    P.O. Box 403412
                            Atlanta, GA  30384-3412

5.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 11, 2022

_____
James Richard

# SCHEDULE A-5

GARDNER DECLARATION

## UNITED STATES BANKRUPTCY COURT
## EASTERN  DISTRICT OF LOUISIANA

In re:                                          Chapter 7

REMOTEMD, L.L.C.                                Case No.

                                    Debtor.

## <u>DECLARATION OF KEITH GARDNER</u>

I, Keith Gardner, in my capacity as President of KJG Strategies, L.L.C., state that:

1.      I and the other petitioners request that an order for relief be entered against

RemotedMD, L.L.C. under chapter 7 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532.

2.      KJG Strategies, L.L.C. is a limited liability company formed under the laws of the

State of New Mexico.

3.      I have examined the information in the involuntary petition against RemoteMD,

L.L.C. and have a reasonable belief that the information is true and correct.

4.      The following is the information that is required by Part 4 of Official Form 205:

Petitioner's Name:             KJG Strategies, L.L.C.

Petitioner's Mailing           P.O. Box 15685
Address:                       Rio Rancho, NM  87174

5.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2022

_____
Keith Gardner