UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § § | |
| | § | Case No. 22-11254 |
| REMOTEMD, L.L.C., | § § | |
| | § | Section "A" |
| Putative Debtor. | § § | |
| | § | Chapter 7 |
| | § | |

## *EX PARTE* MOTION TO APPEAR *PRO HAC VICE*

In accordance with the local rules for the United States Bankruptcy Court, Eastern District of Louisiana, Laura F. Ashley hereby requests that this Court authorize Curtis J. Crowther ("Applicant") be admitted *pro hac vice* for the purpose of appearing on behalf of Robert Dudley in the above-described bankruptcy case.

1. Applicant is ineligible to become a member of this court, but is a member in good standing of the bar of the state of Delaware and the Commonwealth of Pennsylvania along with the United States District Court for the District of Delaware and the E.D. Pennsylvania. Attached hereto as Exhibit "A" is a certificate of good standing for Delaware.

2. Payment of the applicable fee of $100.00 is made via the court's electronic filing system using [Pay.gov](Pay.gov).

3. There have been no disciplinary proceedings or criminal charges instituted against Applicant.

4. Applicant has read the local, civil and bankruptcy rules of this Court and will comply with the local, civil and bankruptcy rules.

5. Applicant respectfully requests to be admitted to practice in the United States Bankruptcy Court for the Eastern District of Louisiana in the captioned proceeding and requests that

the Clerk of Court for the Bankruptcy Court for the Eastern District of Louisiana transmit notice of entries of judgments and orders to Applicant pursuant to Fed. R. Civ. P. 77 and Local Rule 2002-1.

6.      Applicant also agrees to receive notice electronically from other parties and the court via electronic mail. Applicant understands that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and has verified that any such software installed on his computer or network will not filter out messages sent from Clerk@laeb.uscourts.gov. Applicant understands this electronic notice will be in lieu of notice by any other means. Applicant understands it is his responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update his electronic mail address within the court's electronic filing system.

WHEREFORE, in accordance with Local Rule 2014-1, the undersigned prays that Jamie L. Edmonson be permitted to appear on behalf of Robert Dudley and to participate in these proceedings in all respects together with local counsel, Laura F. Ashley.

                              Respectfully Submitted,

| /s/ Curtis J. Crowther | /s/ Laura F. Ashley |
|---|---|
| Curtis J. Crowther | Laura F. Ashley |
| Robinson & Cole LLP | JONES WALKER LLP |
| Delaware Bar No. 3238 | Bar No. 32820 |
| 1201 N. Market Street, Suite 1406 | 201 St. Charles Avenue, 51st Floor |
| Wilmington, DE 19801 | New Orleans, LA 70170 |
| Phone: (302) 516-1700 | Phone: (504) 582-8000 |
| Fax: (302) 516-1699 | Fax: (504) 589-83260 |
| Email: ccrowther@rc.com | Email: lashley@joneswalker.com |

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2022, I caused a copy of the foregoing *Ex Parte Motion to Appear Pro Hac Vice* to be filed with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to all counsel of record and to those not receiving notice via the CM/ECF System by first class mail.

RemoteMD, L.L.C.
c/o Capitol Services, Inc.
108 Lakeland Ave.
Dover, DE 19901

Remote MD, L.L.C.
c/o Capitol Corporate Services, Inc.
8550 United Plaza Building II, Suite 305
Baton Rouge, LA 70809

RemoteMD, L.L.C.
c/o CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

Remote MD, L.L.C.
c/o Dr. Michael D. Kotler
880 West Commerce Road, Suite 101
New Orleans, LA 70123

Remote MD, L.L.C.
c/o Dr. Michael D. Kotler
308 Silver Oak Lane
River Ridge, LA 70123

Steele Strategies Inc.
1221 S. Lamar Street
Dallas, TX 75215

Robert Dudley
1736 Gulf Shore Blvd N.
Naples, FL 34102

#100717695v1

Securitas Security Services USA, Inc.
c/o James Richard
P.O. Box 403412
Atlanta, GA 30384

KJG Strategies, L.L.C.
P.O. Box 15685
Rio Rancho, NM 87174

Office of the U.S. Trustee
400 Poydras Street
Suite 2110
New Orleans, LA 70130

Sallyport Commercial Finance, LLC
c/o Armistead M. Long
Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC
400 East Kaliste Saloom Road, Suite 4200
Lafayette, LA 70508

Sallyport Commercial Finance, LLC
c/o Katherine E. Clark
Gordon, Arata, Montgomery, Barnett, McCollam, Duplantis & Eagan, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170

/s/ *Laura F. Ashley*

#100717695v1