SO ORDERED,
SIGNED 11-4-2022

_____
JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | CHAPTER 7 |
| REMOTEDMD, L.L.C. | CASE NO. 22-11254 (MSG) |
| Debtor | SECTION "A" |

ORDER CONVERTING THE INVOLUNTARY BANKRUPTCY CASE
TO A CASE UNDER CHAPTER 11 OF THE BANKRUPTCY CODE
AND NOTICE OF ELECTION TO PROCEED
UNDER SUBCHAPTER V OF CHAPTER 11

**Came for Consideration,** was the *Ex Parte Motion for Entry of an Order Converting the Involuntary Bankruptcy Case to a Case Under Chapter 11 of the Bankruptcy Code and Notice of Election to Proceed Under Subchapter V of Chapter 11* (the "***Motion***"), as filed by RemoteMD, L.L.C. [Dkt. # ] ("***RemoteMD***"), and after consideration of the record before it, the Motion and no responsive pleading forthcoming, it is herby

**Ordered:**

1. The Motion is GRANTED.

{00379129-1} 1

2. The captioned case is hereby converted to a reorganization case under Subchapter V of Chapter 11 of Title 11 of the United States Code (11 U.S.C. §§ 101, as amended, *et seq.*).

3. This Order shall constitute an Order for Relief pursuant to 11 U.S.C. § 348(a).

4. This Order shall constitute Notice of RemoteMD's election to proceed under Subchapter V of Chapter 11 and the Court shall by separate order set forth all relevant deadlines and such other duties and obligations that may be applicable.

5. The movant shall serve this order, subject to any order of this Court limiting notice requirements, on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBR's and file a certificate of service to that effect within three (3) days.

###

Prepared and submitted by:

**HELLER, DRAPER & HORN, LLC**
Douglas S. Draper, La. Bar No. 5073
Leslie A. Collins, La. Bar No. 14891
Greta M. Brouphy, La. Bar No. 26216
Michael E. Landis, La. Bar No. 36542
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Tel: (504) 299-3300
Fax: (504) 299-3399
Email: ddraper@hellerdraper.com
 lcollins@hellerdraper.com
 gbrouphy@hellerdraper.com
 mlandis@hellerdraper.com

*Counsel for RemoteMD, L.L.C.*