**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| In re: | CASE NO. 22-11254 |
|---|---|
| **REMOTEMD, LLC,** | CHAPTER 11 |
| Debtor | SUBCHAPTER V |

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

CRAIG M. GENO
Ms. Bar No. 4793
587 Highland Colony Parkway
Ridgeland, MS 39157
Telephone: 601-427-0048//Fax: 601-427-0050
E-Mail: cmgeno@cmgenolaw.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: November 7, 2022

                                                          Respectfully submitted,
                                                          DAVID W. ASBACH
                                                          Acting United States Trustee, Region 5

                                                          By: */s/ Christy R. Bergeron*
                                                          CHRISTY R. BERGERON, Trial Attorney
                                                          La. Bar # 22944
                                                           400 Poydras Street, Suite 2110
                                                           New Orleans, LA 70130
                                                           Telephone: (504) 589-4018
                                                           Facsimile: (504) 589-4096
                                                           Christy.Bergeron@usdoj.gov

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | CASE NO. 22-11254 |
| REMOTEMD, L.L.C., | CHAPTER 11 |
| Debtor | SUBCHAPTER V |

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. § 101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $250, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as Subchapter V Trustee in this case pursuant to Federal Rule of Bankruptcy Procedure 2008.

Dated: November 7, 2022

_/s/ Craig Geno_
Craig Geno, Esq. (MS #4793)
587 Highland Colony Parkway
Ridgeland, MS 39157
Phone: (601) 427-0048
cmgeno@cmgenolaw.com