| Information to identify the case: | | |
|---|---|---|
| Debtor | **RemoteMD, L.L.C.**<br>Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of Louisiana** | | Date case filed in chapter **7**    **10/18/22** |
| Case number: **22–11254 Office Code: 2** | | Date case converted to chapter **11**    **11/4/22** |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case     10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | RemoteMD, L.L.C. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 880 W. Commerce Rd<br>Suite 101<br>New Orleans, LA 70123 | |
| 4. | **Debtor's attorney**<br>Name and address | Greta M. Brouphy<br>Heller, Draper & Horn, LLC<br>650 Poydras St.<br>Ste 2500<br>New Orleans, LA 70130 | Contact phone 504–299–3300<br><br>Email: gbrouphy@hellerdraper.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Craig M Geno<br>Law Offices of Craig M. Geno, PLLC<br>587 Highland Colony Parkway<br>Ridgeland, MS 39157 | Contact phone 601–427–0048<br><br>Email: cmgeno@cmgenolaw.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern District of Louisiana<br>Hale Boggs Federal Building<br>500 Poydras Street, Suite B–601<br>New Orleans, LA 70130 | Hours open:<br>8:30 – 4:30 Monday – Friday<br><br>Contact phone _____<br><br>Date: 11/10/22 |

**For more information, see page 2 >**

| Debtor **RemoteMD, L.L.C.** | | Case number **22–11254** |

| | | | |
|---|---|---|---|
| 7. | **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **December 5, 2022 at 10:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Telephone Conference Line: 866–790–6904, Participant Passcode: 3156784** |
| 8. | **Proof of claim deadline** | **Deadline for filing proof of claim:** | Not yet set. If a deadline is set, the court will send you another notice. |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: <br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br>• you file a proof of claim in a different amount; or <br>• you receive another notice. <br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. <br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. <br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | | |
| 9. | **Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint:** | 2/3/23 |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| 12. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

United States Bankruptcy Court

Eastern District of Louisiana

In re:                  Case No. 22-11254-

RemoteMD, L.L.C.              Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 053L-2        User: admin        Page 1 of 3

Date Rcvd: Nov 10, 2022        Form ID: 309F2        Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | RemoteMD, L.L.C., 880 W. Commerce Rd, Suite 101, New Orleans, LA 70123-3457 |
| aty | + | Armistead M. Long, Gordon Arata McCollam Duplantis & Eagan, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508-8522 |
| aty | + | Christy Renee Bergeron, DOJ-Ust, 400 Poydras Street, Suite 2110, New Orleans, LA 70130-3238 |
| aty | + | Douglas S. Draper, Heller, Draper & Horn L.L.C., 650 Poydras Street, Suite 2500, New Orleans, LA 70130-6175 |
| aty | + | J. David Forsyth, Sessions Fishman Nathan& Israel, LLC, 400 Poydras Street, Suite 2550, New Orleans, LA 70130-3292 |
| aty | + | Jamie L Edmonson, Robinson & Cole LLP, 1201 N. Market Street, Ste 1406, Wilmington, DE 19801-1163 |
| aty | + | Katherine Elizabeth Clark, Gordon Arata Montgomery Barnett, 201 St. Charles Avenue, 40th Floor, Ste 40th Floor New Orleans, LA 70170-1000 |
| aty | + | Laura F. Ashley, Jones Walker, et al, 201 St. Charles Avenue, Suite 4900, New Orleans, LA 70170-4900 |
| aty | + | Mark Mintz, Jones Walker, et al, 201 St. Charles Street, 49th Floor, New Orleans, LA 70170-1000 |
| aty | + | Michael E. Landis, Heller, Draper & Horn, L.L.C., 650 Poydras Street, Ste 2500, New Orleans New Orleans, LA 70130-6175 |
| tr | + | Craig M Geno, Law Offices of Craig M. Geno, PLLC, 587 Highland Colony Parkway, Ridgeland, MS 39157-8784 |
| ptcrd | + | KJG Strategies, L.L.C., P.O. Box 15685, Rio Rancho, NM 87174-0685 |
| ptcrd | + | Premier Laboratory Services, LLC, c/o Jones Walker LLP, Kyle Bacon, Esq., 600 Jefferson Street, Suite 1600, Lafayette, La 70501-8905 |
| ptcrd | + | Robert Dudley, 1736 Gulf Shore Blvd N., Naples, FL 34102-4920 |
| cr | + | Sallyport Commercial Finance, LLC, c/o Armistead M. Long, Gordon, Arata, Montgomery, Barnett, 400 East Kaliste Saloom Road, Suite 4200 Lafayette, LA 70508-8522 |
| ptcrd | + | Securitas Security Services USA, Inc., c/o James Richard, P.O. Box 403412, Atlanta, GA 30384-3412 |
| ptcrd | #+ | Steele Strategies Inc., 1221 S. Lamar Street, Dallas, TX 75215-1038 |
| 3936004 | + | CHRISTY R. BERGERON, 400 Poydras Street, Suite 2110, New Orleans, LA 70130-3238 |
| 3935944 | + | Christy R. Bergeron, Esq., Office of the United States Trustee, 400 Poydras Street, Suite 2100, New Orleans, Louisiana 70130-3282 |
| 3936002 | + | Douglas S. Draper, Esq., HELLER, DRAPER& HORN, L.L.C., 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130-6175 |
| 3934376 | | GORDON, ARATA, MONTGOMERY, BARNETT,, McCOLLAM, DUPLANTIS & EAGAN, LLC, Katherine E. Clark, 201 St. Charles Avenue, 40th Floor, New Orleans, Louisiana 70170-4000 |
| 3934375 | + | GORDON, ARATA, MONTGOMERY, BARNETT,, McCOLLAM, DUPLANTIS & EAGAN, LLC, Armistead M. Long, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, Louisiana 70508-8522 |
| 3936548 | + | J. DAVID FORSYTH (BAR NO. 5719), SESSIONS, FISHMAN & NATHAN, L.L.C., 400 Poydras Street, Suite 2550, New Orleans, LA 70130-3292 |
| 3936549 | + | Jamie L. Edmonson, Curtis J. Crowther, 1201 N. Market Street, Suite 1406, Wilmington, DE 19801-1163 |
| 3936003 | + | Michael E. Landis, Esq., HELLER, DRAPER& HORN, L.L.C., 650 Poydras Street, Suite 2500, New Orleans, Louisiana 70130-6175 |
| 3934167 | + | Sallyport Commercial Finance, LLC, c/o Armistead M. Long, Gordon, Arata, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, Louisiana 70508-8522 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: gbrouphy@hellerdraper.com | Nov 10 2022 19:07:00 | Greta M. Brouphy, Heller, Draper & Horn, LLC, 650 Poydras St., Ste 2500, New Orleans, LA 70130 |
| smg | ^ | MEBN | Nov 10 2022 19:05:33 | Collector of Revenue, City of New Orleans, Department of Finance, 1300 Perdido Street, RM 1W15, New Orleans, LA 70112-2128 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

Case 22-11254 Doc 52 Filed 11/12/22 Entered 11/12/22 23:14:41 Imaged Certificate of Notice Page 4 of 5

| District/off: 053L-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2022 | Form ID: 309F2 | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 10 2022 19:07:00 | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | | Email/Text: LDRBankruptcy.EBN@la.gov | Nov 10 2022 19:07:00 | Louisiana Department of Revenue, Collection Division/Bankruptcy Section, P. O. Box 66658, Baton Rouge, LA 70896-6658 |
| smg | + | Email/Text: bankruptcy_bpc@lwc.la.gov | Nov 10 2022 19:07:00 | Louisiana Workforce Commission, UI Tax Liability and Adjudications, Attn: Bankruptcy Unit, 1001 N. 23rd Street, Baton Rouge, LA 70802-3338 |
| smg | | Email/Text: USALAE.Bankruptcy@usdoj.gov | Nov 10 2022 19:07:00 | U. S. Attorney's Office, Eastern District of Louisiana, 650 Poydras Street, Suite 1600, New Orleans, LA 70130-7212 |
| smg | | Email/Text: atlreorg@sec.gov | Nov 10 2022 19:07:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |
| ust | + | Email/Text: ustpregion05.nr.ecf@usdoj.gov | Nov 10 2022 19:07:00 | Office of the U.S. Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130-3238 |

TOTAL: 8

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Armistead M. Long | on behalf of Creditor Sallyport Commercial Finance LLC along@gamb.law, sroberts@gamb.law |
| Christy Renee Bergeron | on behalf of U.S. Trustee Office of the U.S. Trustee Christy.Bergeron@usdoj.gov |
| Craig M Geno | cmgeno@cmgenolaw.com |
| Douglas S. Draper | on behalf of Debtor RemoteMD L.L.C. ddraper@hellerdraper.com, vgamble@hellerdraper.com |
| Greta M. Brouphy | on behalf of Debtor RemoteMD L.L.C. gbrouphy@hellerdraper.com, vgamble@hellerdraper.com |
| J. David Forsyth | on behalf of Petitioning Creditor Robert Dudley jdf@sessions-law.com |
| Jamie L Edmonson | |

Case 22-11254 Doc 52 Filed 11/12/22 Entered 11/12/22 23:14:41 Imaged Certificate of Notice Page 5 of 5

| District/off: 053L-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2022 | Form ID: 309F2 | Total Noticed: 34 |

on behalf of Creditor Robert Dudley and Kathryn Steele jedmonson@rc.com

Katherine Elizabeth Clark
on behalf of Creditor Sallyport Commercial Finance LLC kclark@gamb.com

Laura F. Ashley
on behalf of Petitioning Creditor Premier Laboratory Services LLC lashley@joneswalker.com, laura-ashley-4406@ecf.pacerpro.com

Mark Mintz
on behalf of Petitioning Creditor Premier Laboratory Services LLC mmintz@joneswalker.com, mark-mintz-4822@ecf.pacerpro.com

Michael E. Landis
on behalf of Debtor RemoteMD L.L.C. mlandis@hellerdraper.com, Vgamble@hellerdraper.com

Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

TOTAL: 12