## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT LOUISIANA

| | | |
|---|---|---|
| In re | : | NO: 22-11254 |
| | : | |
| **REMOTEMD, LLC,** | : | **CHAPTER 11** |
| | : | **SUBCHAPTER V** |
| **Debtor.** | : | |
| | : | |
| | : | |

### DECLARATION OF DR. MICHAEL D. KOTLER
### PURSUANT TO 11 U.S.C. § 1116(1)(B)

The undersigned, Dr. Michael D. Kotler, pursuant to 28 U.S.C. § 1746(a), under penalty of perjury, declares as follows:

1. I am a member of RemoteMD, LLC (the "*Debtor*") and have the authority to present this Declaration.

2. The information contained herein is with my personal knowledge.

3. This Declaration is made pursuant to 11 U.S.C. § 1116(1)(B).

4. At this time, due to personal changes, the Debtor does not have a current balance sheet, cash-flow statement, and statement of operations prepared for submission. However, the Debtor is currently in the process of preparing the information and it will be provided once completed.

5. At this time, due to an extension, the Debtor has not yet made its 2021 federal and state tax filings. However, the Debtor is currently in the process of preparing the filings, and such returns will be provided once completed.

Signed this 11th day of November 2022

/s/ Michael D. Kotler, M.D.
Michael D. Kotler

{00379218-1}

1