

SO ORDERED.
SIGNED November 10, 2022.

_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**

---

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT LOUISIANA

| | | |
|---|---|---|
| **In re** | : | **NO:  22-11254** |
| | : | |
| **REMOTEMD, LLC,** | : | **CHAPTER 11** |
| | : | **SUBCHAPTER V** |
| **Debtor.** | : | |
| | : | |
| | : | |

### ORDER GRANTING REQUEST FOR EXPEDITED CONSIDERATION
### OF FIRST DAY PLEADINGS

Considering the *Request for Expedited Consideration of First Day Pleadings* ("***Motion***")

[Dkt. #46] as filed by RemoteMD, LLC and with good cause shown, it is therefore;

**ORDERED** that the Motion is **GRANTED;**

**IT IS FURTHER ORDERED** that on **November 16, 2022 at 2:00 p.m.** the Court will

conduct the hearings on the:

A.    *Motion for Interim Order Approving Post-Petition Factoring Agreement and*

*Granting Security Interests and Super-Priority Administrative Expense Treatment*

(the "***Cash Collateral Motion***") [Dkt. #42]; and

B.    *Motion for Entry of an Order (i) Authorizing the Debtor to (A) Pay Wages,*

*Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue*

{00379211-1}

*Employee Benefits Programs and (ii) Granting Related Relief*  (the"***Wage Motion***")

[Dkt. #44].

 **IT IS FURTHER ORDERED** that the hearings will be conducted virtually, using

WebEx video conferencing, link:

https://us-courts.webex.com/meet/kolwe

and;

 **IT IS FURTHER ORDERED** that the Debtor is directed to serve this Order according

to the Local Rules and file a certificate of service within three (3) business days.

### End Of Order ###

This order was prepared and is being submitted by:

/s/ *Greta M. Brouphy*
Douglas S. Draper, La Bar No. 5073
Leslie A. Collins, La Bar No. 14891
Greta M. Brouphy, La Bar No. 26216
Michael E. Landis, La Bar No. 36542
Heller, Draper, & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103
Office: 504 299-3300/Fax: 504 299-3399
E-mail:  ddraper@hellerdraper.com
E-mail:  lcollins@hellerdraper.com
E-mail:  gbrouphy@hellerdraper.com
E-mail: mlandis@hellerdraper.com

 **Counsel for Debtor**