## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| **In re** | : NO: 22-11254 |
| | : |
| **REMOTEMD, LLC,** | : CHAPTER 11 |
| | : SUBCHAPTER V |
| Debtor. | : |
| | : |
| | : |

### MOTION FOR AUTHORITY TO APPROVE COMPENSATION AND PAYMENTS TO INSIDERS

**NOW INTO COURT**, through undersigned counsel, comes RemoteMD, LLC (the "**Debtor**"), who files this *Motion for Authority to Approve Compensation and Payments to Insiders* ("**Motion**"). In support thereof, the Debtor respectfully represent as follows:

### Jurisdiction

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. This matter is governed by Local Bankruptcy Rule 4002-1 C.

3. The statutory bases for the relief requested herein are sections 105(a), 363(b), and 507(a)(4), of title 11 of the United States Code (as amended, the "**Bankruptcy Code**").

### PROCEDURAL HISTORY AND BACKGROUND

4. On October 18, 2022, (the "**Petition Date**"), Robert Dudley, Premier Laboratory Services, Inc., Steele Strategies, Inc., Securitas Security Services USA, Inc. and KJG Strategies (the "**Petitioning Creditors**"), filed an Involuntary Petition Against a Non-Individual [Dkt. # 1], thereby commencing the above-captioned Bankruptcy Case. See 11 U.S.C. § 303(b).

5. On November 4, 2022, the Court entered the *Order Converting the Involuntary*

*Bankruptcy Case to a Case Under Chapter 11 of the Bankruptcy Code and Notice of Election to Proceed Under Subchapter V of Chapter 11* ("**Order for Relief**") [Dkt. # 29] converting the case to a Chapter 11 proceeding under the Bankruptcy Code.

6. Since 2008, the Debtor has successfully provided a proprietary system for the delivery of healthcare, conceived and developed by the Debtor for distant/remote or inaccessible locations, such as Oil, Gas & Remote Industrial/Work Sites gaining the company a Global reputation for capability and quality of care on all seven continents. The Debtor further developed the capability to safely & responsibly provide comprehensive care for effectively treating Medical & Traumatic Emergencies, as well as, routine Medical Conditions. We further combined the same advanced Technology, Equipment, Training, Communication & Medical Skills for Civilian Sites, Government Sites, Disaster Response and routine, daily care for Assisted Living and Skilled Nursing Facilities. Using variations of these same Systems, we integrated our Technology with, *for purpose,* Training, Medicine & Communication Skills stretching our Medical Resources in a responsible and cost-effective fashion. This, literally, saves millions of dollars every year, while keeping elderly, debilitated patients comfortable in the familiarity of their normal surroundings. Particularly for minor issues, it avoids endless hours lying on uncomfortable, ER Stretchers, in prohibitively expensive Emergency Departments, often leading to increased morbidity due to things like pressure sores and the many highly contagious vectors circulating through any Emergency Department. The Debtor provides proprietary Telemedicine System/program, specifically developed by the Debtor, to allow our Seniors to continue to safely & comfortably live within the confines of their own *homes*.

7. Debtor provides Consulting Services to assist Corporate Clients with the development, implementation, and management of their Medical Policies and Procedures;

including Health & Hygiene Policies & Procedures, Infectious Disease Prevention & Avoidance Strategies; and Drug and Alcohol Avoidance Policies. The Debtor provides Real Time, 24/7/365, Remote Medical Care, Globally, including Subspecialty Care. Upon request, the Debtor provides Corporate Clients with MERP's, Medical Emergency Response Planning; information outlining Medical & Logistical Resources; including geographically specific Hospitals, Medical Clinics/Providers, Air, Land & Sea Transportation Providers specific for the duration of each and every project. Most importantly, Debtor offers in-depth, *trained for purpose*, Paramedics, Physicians and Nurses for our Proprietary IREMS Program. Each individual goes through this very in-depth and personal education every two years on top of all of their other required training to remain in compliance with all Governmental & Industrial Regulations.

8. All of the above is highly guarded proprietary company information conceived of & developed over the course of many years, through great sacrifice and personally financed almost exclusively through the Debtor.

9. The Debtor also offers training for outside Healthcare Providers who treat patients in an Industrial Setting. The Debtor also offers American Heart Association Courses, National Association of Emergency Medical Technician Courses, United States Coast Guard Courses and other Specialty Courses specific to Industry.

10. The Debtor continues to operate the business and manage the property as debtor in possession, pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

11. On November 7, 2022, the United States Trustee appointed Craig M. Geno as the Subchapter V Trustee [Dkt. # 34].

## Relief Requested

12. The Debtor employs the following who are insiders as defined in Section 101(31) of the Bankruptcy Code. The insiders get paid on a salary basis as discussed herein, and the compensation, benefits, and other payments that the insider has received from the Debtor in the six (6) months prior to the petition are listed below:

| Insider | Duties | Gross Pay YTD (Paid Bi-Weekly) | Benefits |
|---|---|---|---|
| Dr. Michael Kotler | Owner & Chief Medical Officer and OnShore Telemedicine Doctor for the Rigs | $254,776.20 or $11,538.46 per check | 401(k) Match, Medical, Dental, Vision |
| Agnes Kotler | Administrative Assistant and Translator | $40,000.00 or $2,000.00 per check | 401(k) Match, Medical, Dental, Vision |
| Dr. William Kotler | Assistant Chief Medical Officer and OnShore Telemedicine Doctor for the Rigs | $111,718.32 or $4,419.92 per check | |
| Kaitlin Kotler | Marketing Assistant | $38,566.21 or $1,923.08 per check | 401(k) Match, Medical, Short Term Disability, Dental, Vision |
| Courtney Kotler | Social Media Specialist | $38,566.72 or $1,923.08 per check | 401(k) Match, Medical, Short Term Disability, Accident, Critical Illness, Vision, Dental |

13. The Debtor requests that the Court enter an order granting this Motion and providing the Debtor authority to compensate the identified insiders.

## Basis for Relief

14. The necessity for retaining the insider is that the insiders are integral to the success of the Debtor's business model. As discussed herein, the Debtor provides remote medical services to inaccessible locations on a Global Scale, as well as, Nursing Facilities, Senior Centers and Homebound Seniors living at home, within the United States. Furthermore,

Debtor trains medical personal and provides consulting services for medical prevention and emergencies. This business model was developed by the insiders, and as such relies on these parties for continued operations as Tele-Health Physicians providing care. As the company operates globally, including Europe, South America, Africa, Asia Translator Services are necessary, as is Marketing and Media to maintain continuity in the Companies contracting with the Debtor for Services. The services supplied by all of the identified insiders are vital for the Debtor to continue Operations and necessary for the Debtor to successfully reorganize

15. The proposed insider payments are equal to the prepetition salaries, wages and payments and each identified insider will verify under oath that the identified compensation or payment is the same they received from the Debtor pre-petition.

16. Payments by and through this Motion are requested to be paid at the rates described above per insider plus the other identified benefits.

17. The Debtor has sufficient revenue from their business operations to compensate the identified insiders at the identified rates of pay. Further, the Debtor will not tender compensation to insiders if there is insufficient funds available.

## Conclusion

**WHEREFORE**, for the foregoing reasons, the Debtor respectfully requests that this Court to grant the Motion and allow compensation and payments to the identified insiders in the amounts requested herein, and for any and all equitable relief.

Dated: November 14, 2022

Respectfully submitted,

/s/ *Greta M. Brouphy*
Douglas S. Draper, La Bar No. 5073
Leslie A. Collins, La Bar No. 14891
Greta M. Brouphy, La Bar No. 26216
Michael E. Landis, La Bar No. 36542
Heller, Draper, & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Office: 504 299-3300/Fax: 504 299-3399
E-mail: ddraper@hellerdraper.com
E-mail: lcollins@hellerdraper.com
E-mail: gbrouphy@hellerdraper.com
E-mail: mlandis@hellerdraper.com

*Attorneys for Debtor*