## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| In re | : NO: 22-11254 |
| | : |
| **REMOTEMD, LLC,** | : CHAPTER 11 |
| | : SUBCHAPTER V |
| Debtor. | : |
| | : |

### REQUEST FOR EXPEDITED CONSIDERATION OF FIRST DAY PLEADINGS

**NOW INTO COURT**, through undersigned counsel, comes the debtor RemoteMD, LLC. (the "***Debtor***") who files this request seeking expedited consideration of the:

A. *Motion for Authority to Approve Compensation and Payments to Insiders* ("***Motion***"). (the "***Insider Compensation Motion***") [Dkt. # 57]; and

B. *Amended Motion for Entry of an Order (i) Authorizing the Debtor to (A) Pay Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (ii) Granting Related Relief* (the"***Amended Wage Motion***") [Dkt. #56].

1. The Debtor is requesting that this Court schedule the hearing on the Insider Compensation Motion and the Amended Wage Motion on **November 16, 2022, at 2:00 pm CDT** to be conducted virtually, using WebEx video conferencing, link: https://us-courts.webex.com/meet/kolwe; or as soon as available on the Court's docket. In support of the request, the Debtor avers as follows:

2. The Debtor respectfully requests that this Court enter an order setting a hearing on the Insider Compensation Motion and the Amended Wage Motion on an expedited basis in order to avoid immediate and irreparable harm to the Debtor's estate pending a final hearing. The

{00379289-1}

1

Debtor needs the use of cash collateral to operate and must pay its employees when the payroll is due next week. Further, there are already other first day matters pending on November 16th and this will consolidate the hearings and avoid multiple appearances.

3. Accordingly, the Debtor is seeking expedited consideration of the hearing on the Insider Compensation Motion and the Amended Wage Motion. The Debtor is seeking that this Court grant this request and schedule the hearings on November 16, 2022, **at 2:00 pm CDT**, with any objection considered due at the hearing. The Debtor is aware that the United States Trustee has requested additional information regarding the payment of pre-order for relief wages, and the Debtor will work diligently on providing this information to the United States Trustee and the appointed Subchapter V Trustee.

4. Judge Kolwe will be conducting the hearings virtually, using WebEx video conferencing. There is no fee/charge of any kind for the participants, although you will have to download the WebEx application to your electronic device. The WebEx meeting link is https://us-courts.webex.com/meet/kolwe.

Dated: November 14, 2022

Respectfully submitted:

*/s/Greta M. Brouphy*
Douglas S. Draper, La. Bar No. 5073
ddraper@hellerdraper.com
Leslie A. Collins, La. Bar No. 14891
lcollins@hellerdraper.com
Greta M. Brouphy, La. Bar No. 26216
gbrouphy@hellerdraper.com
Heller, Draper & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130
Telephone: (504) 299-3300
Fax: (504) 299-3399
**Counsel for Debtor**
