SO ORDERED,
SIGNED 11/15/22

John W. Kolwe
JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT LOUISIANA

| | | |
|---|---|---|
| In re | : | NO: 22-11254 |
| | : | |
| REMOTEMD, LLC, | : | CHAPTER 11 |
| | : | SUBCHAPTER V |
| Debtor. | : | |
| | : | |

## ORDER GRANTING THE
## EX PARTE MOTION TO EXTEND DEADLINE
## TO FILE BANKRUPTCY SCHEDULES AND
## STATEMENT OF FINANCIAL AFFAIRS

Upon consideration of the *Ex Parte Motion to Extend Deadline to File Bankruptcy Schedules and Statement of Financial Affairs* (the "*Motion*") [Dkt. #48] as filed by RemoteMD, LLC, the above-captioned Debtor and Debtor in possession (the "*Debtor*"), and with good cause shown, it is hereby;

{00379222-1}

1

**ORDERED** that the Motion is granted and the deadline under Rule 1007(c) of the Federal Rules of Bankruptcy Procedure requiring the Debtor to file the schedules, statements and other documents as required by Rule 1007(b) Federal Rules of Bankruptcy Procedure is extended through and including November 28, 2022.

### End of Order ###

Prepared and submitted by:

/s/ *Greta M. Brouphy*
Douglas S. Draper, La Bar No. 5073
Leslie A. Collins, La Bar No. 14891
Greta M. Brouphy, La Bar No. 26216
Michael E. Landis, La Bar No. 36542
Heller, Draper, & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Office: 504 299-3300/Fax: 504 299-3399
E-mail: ddraper@hellerdraper.com
E-mail: lcollins@hellerdraper.com
E-mail: gbrouphy@hellerdraper.com
E-mail: mlandis@hellerdraper.com

*Attorneys for Debtor*