```
SO ORDERED,
SIGNED  11-15-2022

        /s/ John W. Kolwe
        JOHN W. KOLWE
        UNITED STATES BANKRUPTCY JUDGE
```

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| In re | : NO: 22-11254 |
| REMOTEMD, LLC, | : CHAPTER 11 |
| | : SUBCHAPTER V |
| Debtor. | : |

### ORDER GRANTING REQUEST FOR EXPEDITED CONSIDERATION OF FIRST DAY PLEADINGS

Considering the *Request for Expedited Consideration of First Day Pleadings* ("**Motion**") [Dkt. #58] as filed by RemoteMD, LLC and with good cause shown, it is therefore;

**ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that on **November 16, 2022, at 2:00 p.m.** the Court will conduct the hearings on the:

    A.    *Motion for Authority to Approve Compensation and Payments to Insiders* ("***Motion***"). (the "***Insider Compensation Motion***") [Dkt. # 57]; and

{00379290-2}

1

B. *Amended Motion for Entry of an Order (i) Authorizing the Debtor to (A) Pay Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (ii) Granting Related Relief* (the "**Amended Wage Motion**") [Dkt. # 56].

**IT IS FURTHER ORDERED** that the hearings will be conducted virtually, using WebEx video conferencing, link:

https://us-courts.webex.com/meet/kolwe

and;

**IT IS FURTHER ORDERED** that the Debtor is directed to serve this Order according to the Local Rules and file a certificate of service within three (3) business days.

### End Of Order ###

This order was prepared and is being submitted by:

/s/ *Greta M. Brouphy*
Douglas S. Draper, La Bar No. 5073
Leslie A. Collins, La Bar No. 14891
Greta M. Brouphy, La Bar No. 26216
Michael E. Landis, La Bar No. 36542
Heller, Draper, & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Office: 504 299-3300/Fax: 504 299-3399
E-mail: ddraper@hellerdraper.com
E-mail: lcollins@hellerdraper.com
E-mail: gbrouphy@hellerdraper.com
E-mail: mlandis@hellerdraper.com

**Counsel for Debtor**