<u>EXHIBIT A</u>
As of December 2023

3) Have you paid all of your bills on time?

*No, the timing on cash flow is still not in sync with receivables.*

4) Did you pay your employees on time?

*We were one week late on one of our payrolls due to cashflow timing.*

5) Have you deposited all the receipts for your business into debtor in posession (DIP) accounts?

*No. We opened up our DIP account on 12/30, and closed the RMD Regions account, but have not made the switch over from our Chase account. The main Chase Operating account has been kept open for investigative purposes for our fraud investigation. Will transfer our clients receivables into the DIP account, but allow the Chase account to remain open until the lawsuits are settled.*

6) Have you timely filed your tax returns and paid all of your taxes?

*No. We are behind in the filing/payment of our 941 taxes.*

\*\*\*  9) Have you timely paid all of your insurance premiums?

*Correction:*  *Yes, we were over-insured.*

**EXHIBIT B**
As of December 2023

10) Do you have any bank accounts open other than the DIP accounts?

*No. We opened up our DIP account on 12/30, and closed the RMD Regions account, but have not made the switch over from our Chase account. The main Chase Operating account has been kept open for investigative purposes for our fraud investigation. Will transfer our clients receivables into the DIP account, but allow the Chase account to remain open until the lawsuits are settled.*

*** 13) Did any insurance company cancel your policy?

*Correction:* *We found that we were over-insured and have insurance policies for RemoteMD, so we canceled the duplicate.*

15) Have you borrowed money from anyone or has anyone made any payments on your behalf?

*Yes. Amex cancelled our credit card and so we had to use a credit card from another company in order to book reservations for our Medic and supplies. In addition, Pelican, our sister company paid for our employee health insurance.*

EXHIBIT C
TOTAL CASH RECEIPTS
As of December 2023

| Details | Posting Date | Description | Amount | Type | Source |
|---|---|---|---|---|---|
| CREDIT | 12/1/2023 | Online Transfer from CHK ...0125 transaction#: 19165922787 | 65.00 | ACCT_XFER | Transfer from RMD 0125 |
| CREDIT | 12/1/2023 | FEDWIRE CREDIT VIA: REGIONS BANK/062005690 B/O: MCM MEDCLINIC MANAGEMENT LLC HARAHAN LA 70123 REF: CHASE NYC/CTR/BNF=REMOTE MD, LLC. NEW OR | 580.00 | WIRE_INCOMING | Transfer from MCM |
| CREDIT | 12/1/2023 | FEDWIRE CREDIT VIA: TIB THE INDEPENDENT BANKERS BANK/111010170 B/O: EVERGREEN WORKING CAPITAL LLC BATON ROUGE LA 70809 REF: CHASE NYC/CTR/BNF=R | 17,757.94 | WIRE_INCOMING | Funds from factoring invoices |
| DSLIP | 12/7/2023 | DEPOSIT ID NUMBER 1348 | 12,479.95 | DEPOSIT | Refund from McKesson for credit on account |
| CREDIT | 12/11/2023 | FEDWIRE CREDIT VIA: REGIONS BANK/062005690 B/O: ELITE HEALTHCARE LLC NEW ORLEANS LA 70123 REF: CHASE NYC/CTR/BNF=REMOTE MD, LLC. NEW ORLEANS LA | 10,000.00 | WIRE_INCOMING | Transfer from Elite |
| CREDIT | 12/13/2023 | FEDWIRE CREDIT VIA: TIB THE INDEPENDENT BANKERS BANK/111010170 B/O: EVERGREEN WORKING CAPITAL LLC BATON ROUGE LA 70809 REF: CHASE NYC/CTR/BNF=R | 26,954.62 | WIRE_INCOMING | Funds from factoring invoices |
| CREDIT | 12/15/2023 | FEDWIRE CREDIT VIA: REGIONS BANK/062005690 B/O: ELITE HEALTHCARE LLC NEW ORLEANS LA 70123 REF: CHASE NYC/CTR/BNF=REMOTE MD, LLC. NEW ORLEANS LA | 7,000.00 | WIRE_INCOMING | Transfer from Elite |
| CREDIT | 12/15/2023 | ORIG CO NAME:GOOGLE ORIG ID:F770493581 DESC DATE: CO ENTRY DESCR:ACCTVERIFYSEC:PPD TRACE#:091000013452413 EED:231215 IND ID:US003Y5 | 0.14 | ACH_CREDIT | Google Acct Verification |
| CREDIT | 12/22/2023 | ORIG CO NAME:Transocean Offsh ORIG ID:3760605846 DESC DATE: CO ENTRY DESCR:EDI PYMNTSSEC:CTX TRACE#:091000012625182 EED:231222 IND ID:7733 | 1,969.80 | ACH_CREDIT | Receivables from Client |
| CREDIT | 12/22/2023 | ORIG CO NAME:Transocean Offsh ORIG ID:3760605846 DESC DATE: CO ENTRY DESCR:EDI PYMNTSSEC:CTX TRACE#:091000012625203 EED:231222 IND ID:7721 | 2,010.00 | ACH_CREDIT | Receivables from Client |
| CREDIT | 12/22/2023 | ORIG CO NAME:Transocean Offsh ORIG ID:3760605846 DESC DATE: CO ENTRY DESCR:EDI PYMNTSSEC:CTX TRACE#:091000012625192 EED:231222 IND ID:7704 | 43,853.29 | ACH_CREDIT | Receivables from Client |
| | | Total | 122,670.74 | | |

**EXHIBIT D**
**TOTAL CASH DISBURSEMENTS**
**As of December 2023**

| Details | Posting Date | Description | Amount | Type | Payable to Who/Purpose |
|---|---|---|---|---|---|
| DEBIT | 12/1/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: CATALYST CORP FCU/1220041219 A/C: ABA/324274033 ELKO NV 89801-4496 US BEN: KRISTINA ANDERSON SPRING CREEK NV 89815 US REF: 12.01 PAYROLL IMAD: 1201MMQFMP2M036857 TRN: 3986593335ES 12/01 | (4,357.45) | WIRE_OUTGOING | 12.01 Payroll |
| DEBIT | 12/1/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: ABBEVILLE BLDG/265270002 A/C: DAVID MOWRY ERATH LA 70533 US REF: 12.01.23 PAYROLL IMAD: 1201MMQFMP2M034984 TRN: 3935083335ES 12/01 | (3,228.58) | WIRE_OUTGOING | 12.01 Payroll |
| DEBIT | 12/1/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: GOVN ECU EL PASO/312081089 A/C: DOMINIC VASQUEZ EL PASO TX 79912 US REF: 12.01 PAYROLL IMAD: 1201MMQFMP2L037393 TRN: 3995983335ES 12/01 | (2,249.06) | WIRE_OUTGOING | 12.01 Payroll |
| DEBIT | 12/1/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: ZELLCO FCU/265473912 A/C: MICHAEL LANG POPLARVILLE MS 39470 US REF: THANK YOU FOR YOUR SERVICES/BNF/MICHAEL LANG IMAD: 1201MMQFMP2L03S1 | (1,953.75) | WIRE_OUTGOING | 12.01 Payroll |
| DEBIT | 12/1/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: NAVY FCU WASH/256074974 A/C: JOSEPH REMARCIK OCEAN SPRINGS MS 39564 US IMAD: 1201MMQFMP2M036857 TRN: 3986593335ES 12/01 | (1,087.19) | WIRE_OUTGOING | 12.01 Payroll |
| DEBIT | 12/1/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: KEESLER CR UNION/265577585 A/C: JOSEPH L REMARCIK 2 OCEAN SPRINGS MS 39564 US IMAD: 1201MMQFMP2M036945 TRN: 3984913335ES 12/01 | (1,087.19) | WIRE_OUTGOING | 12.01 Payroll |
| CHECK | 12/1/2023 | CHECK 6290 | (450.00) | CHECK_PAID #6290 | Safety Instructor Fee for Education & Training |
| DEBIT | 12/4/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: CAPITAL ONE NA/065000090 A/C: DAVID MOWRY ERATH LA 70533 US REF: 12.0123 PAYROLL/TIME/14:39 IMAD: 1201MMQFMP2M034990 TRN: 3935043335ES 1 | (358.73) | WIRE_OUTGOING | 12.01 Payroll |
| CHECK | 12/4/2023 | CHECK 6291 | (1,844.50) | CHECK_PAID #6291 | Instructor for Education & Training |
| DEBIT | 12/4/2023 | ORIG CO NAME:COX COMM LOU    ORIG ID:1581620052 DESC DATE:120323 CO ENTRY DESCR:BANK DRAFTSEC:PPD TRACE#091000011315638 EED:231204 IND ID:gcvAhxlPxtpre    IND NAM | (671.97) | ACH_DEBIT | Utilities |
| DEBIT | 12/5/2023 | SERVICE CHARGES FOR THE MONTH OF NOVEMBER | (615.00) | FEE_TRANSACTION | Bank Fees |
| DEBIT | 12/8/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: MELLON BANK PITTS/043000261 A/C: AFCO ROSEMONT IL 60018 US REF: FOR THE ACCOUNT OF AFCO CREDITCORP IMAD: 1208MMQ | (4,185.00) | WIRE_OUTGOING | Insurance Pymt for AFCO |
| DEBIT | 12/8/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: CAPITAL ONE NA/065000090 A/C: ALLEN POUPART COVINGTON LA 70435 US REF/TIME/16:23 IMAD: 1208MMQFMP2N029595 TRN: 3906393342ES 12/08 | (1,629.06) | WIRE_OUTGOING | 12.01 Payroll |
| DEBIT | 12/8/2023 | ONLINE INTERNATIONAL WIRE TRANSFER VIA: THE BANK OF NEW YORK MELLON/0001 A/C: REPUBLIC BANK (GUYAN) LIMITED GEORGETOWN, GUYANA BEN: MEUNDA MAUREEN CAMPBELL GEORGETO | (750.00) | WIRE_OUTGOING | 12.01 Payroll |
| DEBIT | 12/8/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: FIRST KILLEEN/111906271 A/C: JANET RHODES NEW CANEY TX 77357 US REF/BNF/FOR JANET RHODES IMAD: 1208MMQFMP2K029646 TRN: 3609903342ES 12/0 | (466.32) | WIRE_OUTGOING | 12.01 Payroll |
| DEBIT | 12/8/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: CAPITAL ONE NA/065000090 A/C: DN CLEANING GRETNA LA 70056 US REF: REMOTEMD CLEANING/TIME/16:33 IMAD: 1208MMQFMP2K029726 TRN: 361240334 | (215.00) | WIRE_OUTGOING | Office Maintenance/Cleaning |
| DEBIT | 12/8/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: REGIONS BK/062005690 A/C: ABA/065403626 BASTROP LA 71220 US BEN: MONICA MEAUX METAIRIE LA 70001 US REF: NOV 17TH PYRLL/TIME/15:05 IMAD: 1208 | (209.00) | WIRE_OUTGOING | 12.01 Payroll |
| DEBIT | 12/12/2023 | ORIG CO NAME:INSURANCE PMT IN    ORIG ID:8263363381 DESC DATE:   CO ENTRY DESCR:2009 00FFSECCCD   TRACE#:11100028573684 EED:231212 IND ID:C21000050A0YQC   IND NAME: | (12,503.00) | ACH_DEBIT | Insurance Pymt to Laris Insurance Broker |
| DEBIT | 12/12/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: REGIONS BK/062005690 A/C: ABA/065403626 BASTROP LA 71220 US REF: 401K LOANS DEDUC IMAD: 1212 | (1,200.00) | WIRE_OUTGOING | Transfer to MCM for 401K Pymt |
| DEBIT | 12/13/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: REGIONS BK/062005690 A/C: ABA/065403626 BASTROP LA 71220 US BEN: ELITE HEALTHCARE LLC NEW ORLEANS LA 70123 US REF/TIME/16:44 IMAD: 1213MMQ | (10,000.00) | WIRE_OUTGOING | Transfer to Elite |
| DEBIT | 12/14/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: WELLS FARGO NA/121000248 A/C: ALMA HAMILTON HM11 BM REF: FOR REMOTEMD LLC/TIME/03:32 IMAD: 1214MMQFMP2M031020 TRN: 3053453348ES 12/1 | (4,185.00) | WIRE_OUTGOING | Insurance Pymt for AEU |
| DEBIT | 12/15/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: US BANK MINNESOTA/091000022 A/C: HONOR PCF TRUST I SUNRISE FL 33323 US REF: REMOTE MD 78430960/TIME/08:02 IMAD: 1215MMQFMP2L006433 TRN: 3 | (12,405.49) | WIRE_OUTGOING | Insurance Pymt to Honor Capital Finance Group |
| DEBIT | 12/15/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: CAPITAL ONE NA/065400153 A/C: DAVID MOWRY ERATH LA 70533 US IMAD: 1215MMQFMP2N036827 TRN: 3752313349ES 12/15 | (3,253.31) | WIRE_OUTGOING | 12.15 Payroll |
| DEBIT | 12/15/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: CATALYST CORP FCU/1220041219 A/C: ABA/324274033 ELKO NV 89801-4496 US BEN: KRISTINA ANDERSON SPRING CREEK NV 89815 US IMAD: 1215MMQFMP2L0 | (1,953.35) | WIRE_OUTGOING | 12.15 Payroll |
| DEBIT | 12/15/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: HANCOCK WHITNEY BA/065400153 A/C: KARL SHEARER HARAHAN LA 70123 US REF: REPLACEMENT FOR CHECK 6289 IMAD: 1215MMQFMP2M031922 TRN: 3652 | (1,885.97) | WIRE_OUTGOING | Education & Training Instructor |
| DEBIT | 12/15/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: CAPITAL ONE NA/065000090 A/C: DAVID MOWRY ERATH LA 70533 US REF/TIME/16:40 IMAD: 1215MMQFMP2L036291 TRN: 3748653349ES 12/15 | (361.48) | WIRE_OUTGOING | 12.15 Payroll |
| DEBIT | 12/19/2023 | Online ACH Payment 1111.7595228 To DN_(######5199) | (400.00) | ACH_PAYMENT | Office Maintenance/Cleaning |
| DEBIT | 12/22/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: REGIONS BK/062005690 A/C: ABA/065403875 AMITE LA 70422 US BEN: MONICA MEAUX METAIRIE LA 70001 US REF: DEC 15 PAYROLL/TIME/08:03 IMAD: 1219 | (323.00) | WIRE_OUTGOING | 12.15 Payroll |
| DEBIT | 12/22/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: REGIONS BK/062005690 A/C: ABA/065403875 AMITE LA 70422 US BEN: PELICAN STATE INDUSTRIAL MEDICINE HARAHAN LA 70123 US REF: REMOTE HEALTH INS BC | (17,748.71) | WIRE_OUTGOING | Repay Pelican for Shared Bill for Health Benefits |
| DEBIT | 12/22/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: TRUST BANK/053201607 A/C: BERNARD A CORBETT III MOORE SC 29369 US REF: NOV 17 PAYROLL IMAD: 1222MMQFMP2M028479 TRN: 3572773356ES 12/22 | (10,162.77) | WIRE_OUTGOING | 11.17 Payroll |
| DEBIT | 12/22/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: REGIONS BK/062005690 A/C: ABA/065403626 BASTROP LA 71220 US BEN: MCM MEDICLINIC MANAGEMENT NEW ORLEANS LA 70123 US REF: PARTIAL LIONES PA | (4,714.64) | WIRE_OUTGOING | Transfer to MCM for Payroll |
| DEBIT | 12/22/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: CITIZENS BANK, NA/036076150 A/C: DOUGLAS HILDREW BETHANY CT 06524 US REF: NOV 17TH PAYROLL IMAD: 1222MMQFMP2N028339 TRN: 3572963356ES 12 | (4,185.00) | WIRE_OUTGOING | 11.17 Payroll |
| DEBIT | 12/22/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: GOVN ECU EL PASO/312081089 A/C: DOMINIC VASQUEZ EL PASO TX 79912 US IMAD: 1222MMQFMP2K027255 TRN: 3534553356ES 12/22 | (2,249.06) | WIRE_OUTGOING | 12.15 Payroll |
| DEBIT | 12/22/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: CAPITAL ONE NA/065000090 A/C: ALLEN POUPART COVINGTON LA 70435 US REF/TIME/13:58 IMAD: 1222MMQFMP2K027147 TRN: 3532233356ES 12/22 | (1,629.06) | WIRE_OUTGOING | 12.15 Payroll |
| DEBIT | 12/22/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: NAVY FCU WASH/256074974 A/C: JOSEPH REMARCIK OCEAN SPRINGS MS 39564 US IMAD: 1222MMQFMP2N027549 TRN: 3539833356ES 12/22 | (1,087.00) | WIRE_OUTGOING | 12.15 Payroll |
| DEBIT | 12/22/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: KEESLER CR UNION/265577585 A/C: JOSEPH L REMARCIK 2 OCEAN SPRINGS MS 39564 US IMAD: 1222MMQFMP2K027416 TRN: 3539643356ES 12/22 | (1,087.00) | WIRE_OUTGOING | 12.15 Payroll |
| DEBIT | 12/22/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: ELIZABETH W JONES METAIRIE LA 70029-2202 US REF: REMAINDER 12.15 PYRLL/ACC/507597810 ELIZABETH A JONES 1608 PRINCETON S T METAIRIE LA 70029 US | (961.37) | WIRE_OUTGOING | 12.15 Payroll |
| DEBIT | 12/22/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: FIRST KILLEEN/111906271 A/C: JANET RHODES NEW CANEY TX 77357 US REF:BNF/FOR JANET RHODES IMAD: 1222MMQFMP2K027822 TRN: 3550763356ES 12/2 | (613.02) | WIRE_OUTGOING | 12.15 Payroll |
| DEBIT | 12/22/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: TRUST BANK/053101121 A/C: KEVIN ODELL GASTONIA NC 28056 US REF: NOV 17TH PAYROLL IMAD: 1222MMQFMP2L028908 TRN: 3573023356ES 12/22 | (351.00) | WIRE_OUTGOING | 12.15 Payroll |
| DEBIT | 12/29/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: CAPITAL ONE NA/065000090 A/C: ALLEN POUPART COVINGTON LA 70435 US REF/TIME/16:25 IMAD: 1229MMQFMP2K086703 TRN: 3822203363ES 12/29 | (1,629.06) | WIRE_OUTGOING | 12.29 Payroll |
| DEBIT | 12/29/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: ELIZABETH W JONES METAIRIE LA 70029-2202 US REF/ACC/507597810 ELIZABETH A JONES 1608 PRINCETON ST METAIRIE LA 70003 US TRN: 3822603363ES 12/ | (1,450.00) | WIRE_OUTGOING | 12.29 Payroll |
| DEBIT | 12/29/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: FIRST KILLEEN/111906271 A/C: JANET RHODES NEW CANEY TX 77357 US REF/BNF/FOR JANET RHODES IMAD: 1229MMQFMP2M036273 TRN: 3819143363ES 12/ | (786.16) | WIRE_OUTGOING | 12.29 Payroll |
| DEBIT | 12/29/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: CAPITAL ONE NA/065000090 A/C: JANET RHODES NEW CANEY TX 77357 US REF/BNF/TIME/16:24 IMAD: 1229MMQFMP2N086531 TRN: 3819463363ES 12/29 | (136.60) | WIRE_OUTGOING | 12.29 Payroll |
| | | **Total** | **(125,128.85)** | | |

**EXHIBIT E**
**NEW DEBTS INCURRED**
As of December, 2023

| Company name: | RemoteMD |
| --- | --- |
| Report name: | Vendor aging report (USD - exchange as of 11/30/2023) converted from base currency |
| As of date: | 12/31/2023 |
| Created on: | 1/18/2024 |
| Location: | RMD--RemoteMD, LLC |
| Based on: | Bill date |

As of date: 12/31/2023

| Vendor ID | Vendor name | -0 | 1-30 | 31-60 | 61-90 | 91-120 | 121- | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ADP- Automatic Data | ADP, Inc. | 6,049.52 | - | - | - | - | - | 6,049.52 |
| ATT | ATT | - | 6,247.84 | - | - | - | - | 6,247.84 |
| BCBS | BCBS | 8,294.35 | - | - | - | - | - | 8,294.35 |
| Cooper CPA Group PC | Cooper CPA Group PC | - | - | - | - | 1,890.00 | (716.00) | 1,174.00 |
| Cox Communication | Cox Communication | 746.15 | - | - | - | - | - | 746.15 |
| CT Corp1 | CT Corporation | - | - | - | - | - | 914.00 | 914.00 |
| DN Cleaning | | 656.74 | - | - | - | - | - | 656.74 |
| ETI FNCL | ETI FINANCIAL | 12,405.49 | - | - | - | - | - | 12,405.49 |
| Entergy | Entergy | - | 544.41 | - | - | - | - | 544.41 |
| Global Data | Global Data | - | - | 573.51 | - | - | - | 573.51 |
| Kentwood Water | Kentwood Water | 286.98 | - | - | - | - | - | 286.98 |
| IRS_UT | IRS US Treasury-UT | - | - | - | 123,860.15 | - | - | 123,860.15 |
| Mutual of Omaha | Mutual of Omaha | 312.26 | - | - | - | - | - | 312.26 |
| PROP_1 | PROPERTY ONE | 5,029.49 | - | - | - | - | - | 5,029.49 |
| Shred-it_RMD14141178 | Shred-It IL | - | - | 305.28 | 153.71 | 156.09 | 308.62 | 923.70 |
| US_Bank | US Bank (cs) | - | - | - | - | - | - | - |
| Verizon_RMD-00001 | Verizon (cs-eft) | 864.02 | - | - | - | - | - | 864.02 |
| | **Grand totals** | **34,645.00** | **6,792.25** | **878.79** | **124,013.86** | **2,046.09** | **506.62** | **168,882.61** |

EXHIBIT F
RECEIVABLES
As of December 2023

| Customer name | Invoice | GL posting date | Invoice date | Due date | Txn currency | Txn amount | Days aged | -0 | 1-30 | 31-60 | 61-90 | 91-120 | 121- | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Advanced Workplace Strategies, Inc. | 40-01053 | 2/1/2021 | 2/1/2021 | 3/3/2021 | USD | 3,267.43 | 1033 | - | - | - | - | - | 3,267.43 | 3,267.43 |
| | 11-00211 | 4/30/2021 | 4/30/2021 | 5/30/2021 | USD | 1,593.80 | 945 | - | - | - | - | - | 1,593.80 | 1,593.80 |
| | 11-00205 | 4/30/2021 | 4/30/2021 | 5/30/2021 | USD | 750.90 | 945 | - | - | - | - | - | 750.90 | 750.90 |
| | 11-00203 | 4/30/2021 | 4/30/2021 | 5/30/2021 | USD | 1,039.99 | 945 | - | - | - | - | - | 1,039.99 | 1,039.99 |
| | 11-01127 | 10/11/2021 | 10/11/2021 | 11/10/2021 | USD | 350.00 | 781 | - | - | - | - | - | 350.00 | 350.00 |
| | 11-00860 | 2/2/2022 | 2/2/2022 | 3/4/2022 | USD | 1,607.57 | 667 | - | - | - | - | - | 1,607.57 | 1,607.57 |
| | 11-00861 | 2/2/2022 | 2/2/2022 | 3/4/2022 | USD | 2,709.86 | 667 | - | - | - | - | - | 2,709.86 | 2,709.86 |
| | 11-01167 | 2/18/2022 | 2/18/2022 | 3/20/2022 | USD | 1,050.00 | 651 | - | - | - | - | - | 1,050.00 | 1,050.00 |
| | 11-01610 | 10/26/2022 | 10/26/2022 | 11/25/2022 | USD | 350.00 | 401 | - | - | - | - | - | 350.00 | 350.00 |
| | 11-01611 | 10/26/2022 | 10/26/2022 | 11/25/2022 | USD | 350.00 | 401 | - | - | - | - | - | 350.00 | 350.00 |
| | 11-01612 | 10/26/2022 | 10/26/2022 | 11/25/2022 | USD | 350.00 | 401 | - | - | - | - | - | 350.00 | 350.00 |
| | 11-01613 | 10/26/2022 | 10/26/2022 | 11/25/2022 | USD | 350.00 | 401 | - | - | - | - | - | 350.00 | 350.00 |
| | 11-01619 | 10/27/2022 | 10/27/2022 | 11/26/2022 | USD | 719.75 | 400 | - | - | - | - | - | 719.75 | 719.75 |
| | 11-01620 | 10/27/2022 | 10/27/2022 | 11/26/2022 | USD | 1,253.80 | 400 | - | - | - | - | - | 1,253.80 | 1,253.80 |
| | 11-01621 | 10/27/2022 | 10/27/2022 | 11/26/2022 | USD | 1,241.28 | 400 | - | - | - | - | - | 1,241.28 | 1,241.28 |
| | 11-01622 | 10/27/2022 | 10/27/2022 | 11/26/2022 | USD | 719.75 | 400 | - | - | - | - | - | 719.75 | 719.75 |
| | 11-01623 | 10/27/2022 | 10/27/2022 | 11/26/2022 | USD | 1,253.80 | 400 | - | - | - | - | - | 1,253.80 | 1,253.80 |
| | 11-01624 | 10/27/2022 | 10/27/2022 | 11/26/2022 | USD | 1,150.00 | 400 | - | - | - | - | - | 1,150.00 | 1,150.00 |
| | 11-01625 | 10/27/2022 | 10/27/2022 | 11/26/2022 | USD | 800.90 | 400 | - | - | - | - | - | 800.90 | 800.90 |
| | 11-01626 | 10/27/2022 | 10/27/2022 | 11/26/2022 | USD | 700.00 | 400 | - | - | - | - | - | 700.00 | 700.00 |
| | 11-01627 | 10/27/2022 | 10/27/2022 | 11/26/2022 | USD | 1,030.00 | 400 | - | - | - | - | - | 1,030.00 | 1,030.00 |
| | 11-01633 | 10/27/2022 | 10/27/2022 | 11/26/2022 | USD | 973.50 | 400 | - | - | - | - | - | 973.50 | 973.50 |
| | 11-01632 | 10/27/2022 | 10/27/2022 | 11/26/2022 | USD | 1,048.54 | 400 | - | - | - | - | - | 1,048.54 | 1,048.54 |
| | 11-01635 | 10/27/2022 | 10/27/2022 | 11/26/2022 | USD | 1,050.00 | 400 | - | - | - | - | - | 1,050.00 | 1,050.00 |
| | 11-01628 | 10/27/2022 | 10/27/2022 | 11/26/2022 | USD | 343.50 | 400 | - | - | - | - | - | 343.50 | 343.50 |
| | 11-01629 | 10/27/2022 | 10/27/2022 | 11/26/2022 | USD | 1,161.32 | 400 | - | - | - | - | - | 1,161.32 | 1,161.32 |
| | 11-01617 | 10/27/2022 | 10/27/2022 | 11/26/2022 | USD | 350.00 | 400 | - | - | - | - | - | 350.00 | 350.00 |
| | 11-01634 | 10/27/2022 | 10/27/2022 | 11/26/2022 | USD | 670.00 | 400 | - | - | - | - | - | 670.00 | 670.00 |
| | 11-01630 | 10/27/2022 | 10/27/2022 | 11/26/2022 | USD | 719.75 | 400 | - | - | - | - | - | 719.75 | 719.75 |
| | 11-01652 | 11/4/2022 | 11/4/2022 | 12/4/2022 | USD | 700.00 | 392 | - | - | - | - | - | 700.00 | 700.00 |
| | 11-01653 | 11/4/2022 | 11/4/2022 | 12/4/2022 | USD | 350.00 | 392 | - | - | - | - | - | 350.00 | 350.00 |
| | | | | | | | | - | - | - | - | - | 30,005.44 | 30,005.44 |
| Alpine Ocean Seismic Survey, Inc. | 10-03863 | 12/23/2022 | 12/23/2022 | 1/22/2023 | USD | 2,888.95 | 343 | - | - | - | - | - | 2,888.95 | 2,888.95 |
| | | 1/27/2022 | 1/27/2022 | | USD | -800.00 | 703 | - | - | - | - | - | (800.00) | (800.00) |
| | | | | | | | | - | - | - | - | - | 2,088.95 | 2,088.95 |
| Barriere Construction Co., LLC. | 10-04102 | 12/1/2023 | 12/1/2023 | 12/31/2023 | USD | 1,000.00 | 0 | 1,000.00 | - | - | - | - | - | 1,000.00 |
| | | | | | | | | 1,000.00 | - | - | - | - | - | 1,000.00 |
| BDT, a SLB Company | 11-01583 | 10/26/2022 | 10/26/2022 | 11/25/2022 | USD | 6,444.22 | 401 | - | - | - | - | - | 6,444.22 | 6,444.22 |
| | | | | | | | | - | - | - | - | - | 6,444.22 | 6,444.22 |
| Cameron, a SLB Company | 11-01128 | 10/11/2021 | 10/11/2021 | 11/10/2021 | USD | 3,766.39 | 781 | - | - | - | - | - | 3,766.39 | 3,766.39 |
| | 11-01609 | 10/26/2022 | 10/26/2022 | 11/25/2022 | USD | 510.08 | 401 | - | - | - | - | - | 510.08 | 510.08 |
| | 11-01631 | 10/27/2022 | 10/27/2022 | 11/26/2022 | USD | 1,270.98 | 400 | - | - | - | - | - | 1,270.98 | 1,270.98 |
| | 11-01648 | 11/2/2022 | 11/2/2022 | 12/2/2022 | USD | 401.61 | 394 | - | - | - | - | - | 401.61 | 401.61 |
| | | | | | | | | - | - | - | - | - | 5,949.06 | 5,949.06 |
| Chapel Hill Community | 10-03710 | 9/30/2022 | 9/30/2022 | 10/30/2022 | USD | 700.00 | 427 | - | - | - | - | - | 700.00 | 700.00 |
| | 10-03714 | 9/30/2022 | 10/2/2022 | 11/1/2022 | USD | 2,300.00 | 425 | - | - | - | - | - | 2,300.00 | 2,300.00 |
| | 10-04003 | 5/22/2023 | 5/22/2023 | 6/21/2023 | USD | 24,000.00 | 193 | - | - | - | - | - | 24,000.00 | 24,000.00 |
| | | | | | | | | - | - | - | - | - | 27,000.00 | 27,000.00 |
| Chevron NA Exploration & Production Co | 11-01735 | 5/1/2023 | 5/1/2023 | 5/31/2023 | USD | 1,410.00 | 214 | - | - | - | - | - | 1,410.00 | 1,410.00 |
| | 11-01736 | 5/1/2023 | 5/1/2023 | 5/31/2023 | USD | 1,410.00 | 214 | - | - | - | - | - | 1,410.00 | 1,410.00 |
| | 10-03994 | 5/1/2023 | 5/1/2023 | 5/31/2023 | USD | 377.54 | 214 | - | - | - | - | - | 377.54 | 377.54 |
| | 10-03995 | 5/1/2023 | 5/1/2023 | 5/31/2023 | USD | 392.25 | 214 | - | - | - | - | - | 392.25 | 392.25 |
| | | | | | | | | - | - | - | - | - | 3,589.79 | 3,589.79 |
| DN Tanks | 10-04052 | 9/1/2023 | 9/1/2023 | 10/1/2023 | USD | 5,000.00 | 91 | - | - | - | - | 5,000.00 | - | 5,000.00 |
| | 10-04070 | 10/1/2023 | 10/1/2023 | 10/31/2023 | USD | 5,000.00 | 61 | - | - | - | 5,000.00 | - | - | 5,000.00 |
| | 10-04087 | 11/1/2023 | 11/1/2023 | 12/1/2023 | USD | 5,000.00 | 30 | - | 5,000.00 | - | - | - | - | 5,000.00 |
| | | | | | | | | - | 5,000.00 | - | 5,000.00 | 5,000.00 | - | 15,000.00 |
| Edison Chouest Offshore | 10-03996 | 5/21/2023 | 5/21/2023 | 6/20/2023 | USD | 157,620.00 | 194 | - | - | - | - | - | 157,620.00 | 157,620.00 |
| | | | | | | | | - | - | - | - | - | 157,620.00 | 157,620.00 |

| Name | Invoice # | Date 1 | Date 2 | Date 3 | Curr | Amount | Days | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EnerMech Mechanical Services, Inc. | 10-04071 | 10/1/2023 | 10/1/2023 | 10/31/2023 | USD | 2,000.00 | 61 | - | - | - | 2,000.00 | - | - | 2,000.00 |
| | 10-04082 | 10/12/2023 | 10/12/2023 | 11/11/2023 | USD | 19,500.00 | 50 | - | - | 19,500.00 | - | - | - | 19,500.00 |
| | 10-04088 | 11/1/2023 | 11/1/2023 | 12/1/2023 | USD | 3,000.00 | 30 | - | 3,000.00 | - | - | - | - | 3,000.00 |
| | 10-04099 | 12/1/2023 | 12/1/2023 | 12/31/2023 | USD | 2,000.00 | 0 | 2,000.00 | - | - | - | - | - | 2,000.00 |
| | 101223_CM | 10/12/2023 | 10/12/2023 | | USD | -3,500.00 | 80 | - | - | - | (3,500.00) | - | - | (3,500.00) |
| | | | | | | | | 2,000.00 | 3,000.00 | 19,500.00 | (1,500.00) | - | - | 23,000.00 |
| Fairchem Endurance | 11-00264 | 6/23/2021 | 6/23/2021 | 7/23/2021 | USD | 456.72 | 891 | - | - | - | - | - | 456.72 | 456.72 |
| | | | | | | | | - | - | - | - | - | 456.72 | 456.72 |
| Fairhaven Community | 10-03620 | 7/31/2022 | 8/16/2022 | 9/15/2022 | USD | 4,600.00 | 472 | - | - | - | - | - | 4,600.00 | 4,600.00 |
| | 10-03671 | 8/31/2022 | 9/6/2022 | 10/6/2022 | USD | 2,300.00 | 451 | - | - | - | - | - | 2,300.00 | 2,300.00 |
| | 10-03711 | 9/30/2022 | 9/30/2022 | 10/30/2022 | USD | 700.00 | 427 | - | - | - | - | - | 700.00 | 700.00 |
| | 10-03715 | 9/30/2022 | 10/2/2022 | 11/1/2022 | USD | 2,300.00 | 425 | - | - | - | - | - | 2,300.00 | 2,300.00 |
| | 10-04001 | 5/22/2023 | 5/22/2023 | 6/21/2023 | USD | 24,000.00 | 193 | - | - | - | - | - | 24,000.00 | 24,000.00 |
| | | 5/13/2022 | 5/13/2022 | | USD | -700.00 | 597 | - | - | - | - | - | (700.00) | (700.00) |
| | | | | | | | | - | - | - | - | - | 33,200.00 | 33,200.00 |
| The Four Winds Community | 10-03676 | 8/31/2022 | 9/6/2022 | 10/6/2022 | USD | 2,300.00 | 451 | - | - | - | - | - | 2,300.00 | 2,300.00 |
| | 10-03690 | 9/30/2022 | 9/30/2022 | 10/30/2022 | USD | 700.00 | 427 | - | - | - | - | - | 700.00 | 700.00 |
| | 10-03717 | 10/2/2022 | 10/2/2022 | 11/1/2022 | USD | 2,300.00 | 425 | - | - | - | - | - | 2,300.00 | 2,300.00 |
| | 10-04002 | 5/22/2023 | 5/22/2023 | 6/21/2023 | USD | 24,000.00 | 193 | - | - | - | - | - | 24,000.00 | 24,000.00 |
| | | | | | | | | - | - | - | - | - | 29,300.00 | 29,300.00 |
| G-Boats, GY | 10-03946 | 3/6/2023 | 3/6/2023 | 4/5/2023 | USD | 20,000.00 | 270 | - | - | - | - | - | 20,000.00 | 20,000.00 |
| | 20-00344 | 4/28/2023 | 4/28/2023 | 5/28/2023 | USD | 70,218.02 | 217 | - | - | - | - | - | 70,218.02 | 70,218.02 |
| | | | | | | | | - | - | - | - | - | 90,218.02 | 90,218.02 |
| Glenwood Community | 10-03688 | 9/30/2022 | 9/30/2022 | 10/30/2022 | USD | 700.00 | 427 | - | - | - | - | - | 700.00 | 700.00 |
| | 10-03713 | 9/30/2022 | 10/2/2022 | 11/1/2022 | USD | 2,300.00 | 425 | - | - | - | - | - | 2,300.00 | 2,300.00 |
| | | 5/13/2022 | 5/13/2022 | | USD | -700.00 | 597 | - | - | - | - | - | (700.00) | (700.00) |
| | | | | | | | | - | - | - | - | - | 2,300.00 | 2,300.00 |
| The Harmar Place Community | 10-03675 | 8/31/2022 | 9/6/2022 | 10/6/2022 | USD | 2,300.00 | 451 | - | - | - | - | - | 2,300.00 | 2,300.00 |
| | 10-03691 | 9/30/2022 | 9/30/2022 | 10/30/2022 | USD | 700.00 | 427 | - | - | - | - | - | 700.00 | 700.00 |
| | 10-03710 | 9/30/2022 | 10/2/2022 | 11/1/2022 | USD | 2,300.00 | 425 | - | - | - | - | - | 2,300.00 | 2,300.00 |
| | 10-04000 | 5/22/2023 | 5/22/2023 | 6/21/2023 | USD | 24,000.00 | 193 | - | - | - | - | - | 24,000.00 | 24,000.00 |
| | | | | | | | | - | - | - | - | - | 29,300.00 | 29,300.00 |
| Helix ESG | 10-04103 | 12/1/2023 | 12/1/2023 | 12/31/2023 | USD | 5,427.00 | 0 | 5,427.00 | - | - | - | - | - | 5,427.00 |
| | | | | | | | | 5,427.00 | - | - | - | - | - | 5,427.00 |
| LOOP | 10-04023 | 6/28/2023 | 6/28/2023 | 7/28/2023 | USD | 6,000.00 | 156 | - | - | - | - | - | 6,000.00 | 6,000.00 |
| | 10-04108 | 12/7/2023 | 12/7/2023 | 1/6/2024 | USD | 6,000.00 | -6 | 6,000.00 | - | - | - | - | - | 6,000.00 |
| | | | | | | | | 6,000.00 | - | - | - | - | 6,000.00 | 12,000.00 |
| Maersk Training, Inc | 10-04064 | 9/6/2023 | 9/6/2023 | 10/6/2023 | USD | 5,100.00 | 86 | - | - | - | 5,100.00 | - | - | 5,100.00 |
| | 10-04065 | 9/20/2023 | 9/20/2023 | 10/20/2023 | USD | 850.00 | 72 | - | - | - | 850.00 | - | - | 850.00 |
| | 10-04067 | 9/22/2023 | 9/22/2023 | 10/22/2023 | USD | 2,550.00 | 70 | - | - | - | 2,550.00 | - | - | 2,550.00 |
| | 10-04068 | 9/26/2023 | 9/26/2023 | 10/26/2023 | USD | 850.00 | 66 | - | - | - | 850.00 | - | - | 850.00 |
| | 10-04083 | 10/12/2023 | 10/12/2023 | 11/11/2023 | USD | 850.00 | 50 | - | - | 850.00 | - | - | - | 850.00 |
| | 10-04084 | 10/12/2023 | 10/12/2023 | 11/11/2023 | USD | 850.00 | 50 | - | - | 850.00 | - | - | - | 850.00 |
| | 10-04109 | 12/11/2023 | 12/11/2023 | 1/10/2024 | USD | 850.00 | -10 | 850.00 | - | - | - | - | - | 850.00 |
| | | | | | | | | 850.00 | - | 1,700.00 | 9,350.00 | - | - | 11,900.00 |
| Maersk Valiant | 20-00317 | 4/13/2022 | 4/13/2022 | 5/13/2022 | USD | 820.93 | 597 | - | - | - | - | - | 820.93 | 820.93 |
| | 20-00318 | 4/13/2022 | 4/13/2022 | 5/13/2022 | USD | 8,990.12 | 597 | - | - | - | - | - | 8,990.12 | 8,990.12 |
| | 20-00319 | 4/13/2022 | 4/13/2022 | 5/13/2022 | USD | 3,576.06 | 597 | - | - | - | - | - | 3,576.06 | 3,576.06 |
| | 20-00328 | 4/13/2022 | 4/13/2022 | 5/13/2022 | USD | 801.69 | 597 | - | - | - | - | - | 801.69 | 801.69 |
| | 20-00320 | 6/30/2022 | 7/14/2022 | 8/13/2022 | USD | 2,363.14 | 505 | - | - | - | - | - | 2,363.14 | 2,363.14 |
| | 10-03703 | 9/30/2022 | 9/30/2022 | 10/30/2022 | USD | 2,800.00 | 427 | - | - | - | - | - | 2,800.00 | 2,800.00 |
| | 20-00316 | 11/30/2022 | 11/30/2022 | 12/30/2022 | USD | 603.39 | 366 | - | - | - | - | - | 603.39 | 603.39 |
| | 20-00321 | 11/30/2022 | 11/30/2022 | 12/30/2022 | USD | 407.85 | 366 | - | - | - | - | - | 407.85 | 407.85 |
| | 20-00322 | 11/30/2022 | 11/30/2022 | 12/30/2022 | USD | 492.15 | 366 | - | - | - | - | - | 492.15 | 492.15 |
| | 20-00323 | 11/30/2022 | 11/30/2022 | 12/30/2022 | USD | 519.94 | 366 | - | - | - | - | - | 519.94 | 519.94 |
| | 20-00324 | 11/30/2022 | 11/30/2022 | 12/30/2022 | USD | 354.46 | 366 | - | - | - | - | - | 354.46 | 354.46 |
| | 20-00325 | 11/30/2022 | 11/30/2022 | 12/30/2022 | USD | 689.08 | 366 | - | - | - | - | - | 689.08 | 689.08 |
| | 20-00327 | 12/30/2022 | 12/30/2022 | 1/29/2023 | USD | 2,800.00 | 336 | - | - | - | - | - | 2,800.00 | 2,800.00 |
| | | | | | | | | - | - | - | - | - | 25,218.81 | 25,218.81 |
| Moran Shipping | 11-01492 | 7/30/2022 | 8/25/2022 | 9/24/2022 | USD | 142.50 | 463 | - | - | - | - | - | 142.50 | 142.50 |

| Vendor | Invoice # | Date 1 | Date 2 | Date 3 | Cur | Amount | Days | C1 | C2 | C3 | C4 | C5 | Total 1 | Total 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | - | - | - | - | - | 142.50 | 142.50 |
| Naftilos Shipping, LLC | 11-01540 | 10/31/2022 | 10/4/2022 | 11/3/2022 | USD | 1,030.90 | 423 | - | - | - | - | - | 1,030.90 | 1,030.90 |
| | 11-01539 | 9/30/2022 | 10/4/2022 | 11/3/2022 | USD | 831.80 | 423 | - | - | - | - | - | 831.80 | 831.80 |
| | | | | | | | | - | - | - | - | - | 1,862.70 | 1,862.70 |
| Noble Drilling (U.S.) LLC | 11-01110 | 6/30/2022 | 7/20/2022 | 8/19/2022 | USD | 8,383.00 | 499 | - | - | - | - | - | 8,383.00 | 8,383.00 |
| | 10-03569 | 6/30/2022 | 7/28/2022 | 8/27/2022 | USD | 5,733.00 | 491 | - | - | - | - | - | 5,733.00 | 5,733.00 |
| | | 10/22/2022 | 10/22/2022 | 10/22/2022 | USD | -2,780.00 | 435 | - | - | - | - | - | (2,780.00) | (2,780.00) |
| | 10-03706 | 9/30/2022 | 9/30/2022 | 10/30/2022 | USD | 3,300.00 | 427 | - | - | - | - | - | 3,300.00 | 3,300.00 |
| | 11-01547-RV | 10/13/2022 | 10/13/2022 | 11/12/2022 | USD | 200.00 | 414 | - | - | - | - | - | 200.00 | 200.00 |
| | 11-01568 | 8/31/2022 | 10/14/2022 | 11/13/2022 | USD | 200.00 | 413 | - | - | - | - | - | 200.00 | 200.00 |
| | 11-01641 (Revised) | 10/28/2022 | 10/28/2022 | 11/27/2022 | USD | 31,463.58 | 399 | - | - | - | - | - | 31,463.58 | 31,463.58 |
| | 10-03793 | 12/1/2022 | 12/1/2022 | 12/31/2022 | USD | 3,300.00 | 365 | - | - | - | - | - | 3,300.00 | 3,300.00 |
| | 10-03869-RV | 12/23/2022 | 12/23/2022 | 1/22/2023 | USD | 3,736.35 | 343 | - | - | - | - | - | 3,736.35 | 3,736.35 |
| | 10-03881 | 1/1/2023 | 1/1/2023 | 1/31/2023 | USD | 4,800.00 | 334 | - | - | - | - | - | 4,800.00 | 4,800.00 |
| | 11-01722 | 1/1/2023 | 1/1/2023 | 1/31/2023 | USD | 1,026.00 | 334 | - | - | - | - | - | 1,026.00 | 1,026.00 |
| | 10-03985 | 5/1/2023 | 5/1/2023 | 5/31/2023 | USD | 16,500.00 | 214 | - | - | - | - | - | 16,500.00 | 16,500.00 |
| | 10-03986 | 5/1/2023 | 5/1/2023 | 5/31/2023 | USD | 16,500.00 | 214 | - | - | - | - | - | 16,500.00 | 16,500.00 |
| | 10-03987 | 5/1/2023 | 5/1/2023 | 5/31/2023 | USD | 16,500.00 | 214 | - | - | - | - | - | 16,500.00 | 16,500.00 |
| | 10-03988 | 5/1/2023 | 5/1/2023 | 5/31/2023 | USD | 16,500.00 | 214 | - | - | - | - | - | 16,500.00 | 16,500.00 |
| | 10-03989 | 5/1/2023 | 5/1/2023 | 5/31/2023 | USD | 16,500.00 | 214 | - | - | - | - | - | 16,500.00 | 16,500.00 |
| | 10-03990 | 5/1/2023 | 5/1/2023 | 5/31/2023 | USD | 16,500.00 | 214 | - | - | - | - | - | 16,500.00 | 16,500.00 |
| | 10-03992 | 5/1/2023 | 5/1/2023 | 5/31/2023 | USD | 16,500.00 | 214 | - | - | - | - | - | 16,500.00 | 16,500.00 |
| | 10-03991 | 5/1/2023 | 5/1/2023 | 5/31/2023 | USD | 16,500.00 | 214 | - | - | - | - | - | 16,500.00 | 16,500.00 |
| | | 4/22/2022 | 4/22/2022 | | USD | -316.00 | 618 | - | - | - | - | - | (316.00) | (316.00) |
| | | 6/21/2022 | 6/21/2022 | | USD | -12,800.00 | 558 | - | - | - | - | - | (12,800.00) | (12,800.00) |
| | Noble JUN-22 CM | 5/31/2022 | 5/31/2022 | | USD | -4,850.00 | 579 | - | - | - | - | - | (4,850.00) | (4,850.00) |
| | | 7/8/2022 | 7/8/2022 | | USD | -1,457.00 | 541 | - | - | - | - | - | (1,457.00) | (1,457.00) |
| | Incorrect Noble Invoices | 5/31/2022 | 5/31/2022 | | USD | -1,500.00 | 579 | - | - | - | - | - | (1,500.00) | (1,500.00) |
| | 11-01062 & 11-01074 CM | 7/31/2022 | 8/10/2022 | | USD | -500.00 | 508 | - | - | - | - | - | (500.00) | (500.00) |
| | NTM Invoices-AUG 22 | 8/16/2022 | 8/16/2022 | | USD | -5,700.00 | 502 | - | - | - | - | - | (5,700.00) | (5,700.00) |
| | Noble Don Taylor CM-AUG 22 | 8/16/2022 | 8/16/2022 | | USD | -750.00 | 502 | - | - | - | - | - | (750.00) | (750.00) |
| | | 8/26/2022 | 8/26/2022 | | USD | -100.00 | 492 | - | - | - | - | - | (100.00) | (100.00) |
| | 11-01556 CM | 10/13/2022 | 10/13/2022 | | USD | -1,000.00 | 444 | - | - | - | - | - | (1,000.00) | (1,000.00) |
| | | | | | | | | - | - | - | - | - | 162,388.93 | 162,388.93 |
| Parkvue Community | 10-03674 | 8/31/2022 | 9/6/2022 | 10/6/2022 | USD | 105.00 | 451 | - | - | - | - | - | 105.00 | 105.00 |
| | 10-03689 | 9/30/2022 | 9/30/2022 | 10/30/2022 | USD | 700.00 | 427 | - | - | - | - | - | 700.00 | 700.00 |
| | 10-03716 | 9/30/2022 | 10/2/2022 | 11/1/2022 | USD | 2,300.00 | 425 | - | - | - | - | - | 2,300.00 | 2,300.00 |
| | | | | | | | | - | - | - | - | - | 3,105.00 | 3,105.00 |
| Ramps Logistics | 10-03721 | 10/5/2022 | 10/5/2022 | 11/4/2022 | USD | 200.00 | 422 | - | - | - | - | - | 200.00 | 200.00 |
| | | | | | | | | - | - | - | - | - | 200.00 | 200.00 |
| Schlumberger Technology Corporation | 10-01711 | 8/4/2020 | 8/4/2020 | 9/3/2020 | USD | 2,200.00 | 1214 | - | - | - | - | - | 2,200.00 | 2,200.00 |
| | 10-04078 | 10/1/2023 | 10/1/2023 | 10/31/2023 | USD | 10,500.00 | 61 | - | - | - | 10,500.00 | - | - | 10,500.00 |
| | 10-04095 | 11/1/2023 | 11/1/2023 | 12/1/2023 | USD | 10,500.00 | 30 | - | 10,500.00 | - | - | - | - | 10,500.00 |
| | 10-04106 | 12/1/2023 | 12/1/2023 | 12/31/2023 | USD | 10,500.00 | 0 | 10,500.00 | - | - | - | - | - | 10,500.00 |
| | | | | | | | | 10,500.00 | 10,500.00 | - | 10,500.00 | - | 2,200.00 | 33,700.00 |
| Schlumberger - Houma | 40-01038 | 11/30/2020 | 11/30/2020 | 12/30/2020 | USD | 2,362.50 | 1096 | - | - | - | - | - | 2,362.50 | 2,362.50 |
| | 40-01039 | 11/30/2020 | 11/30/2020 | 12/30/2020 | USD | 767.04 | 1096 | - | - | - | - | - | 767.04 | 767.04 |
| | 11-00482 | 8/25/2021 | 8/25/2021 | 9/24/2021 | USD | 382.50 | 828 | - | - | - | - | - | 382.50 | 382.50 |
| | 11-01602 | 10/26/2022 | 10/26/2022 | 11/25/2022 | USD | 5,931.99 | 401 | - | - | - | - | - | 5,931.99 | 5,931.99 |
| | 11-01604 | 10/26/2022 | 10/26/2022 | 11/25/2022 | USD | 2,986.10 | 401 | - | - | - | - | - | 2,986.10 | 2,986.10 |
| | 11-01605 | 10/26/2022 | 10/26/2022 | 11/25/2022 | USD | 5,434.76 | 401 | - | - | - | - | - | 5,434.76 | 5,434.76 |
| | 11-01606 | 10/26/2022 | 10/26/2022 | 11/25/2022 | USD | 4,916.50 | 401 | - | - | - | - | - | 4,916.50 | 4,916.50 |
| | 11-01607 | 10/26/2022 | 10/26/2022 | 11/25/2022 | USD | 5,768.20 | 401 | - | - | - | - | - | 5,768.20 | 5,768.20 |
| | 11-01651 | 11/2/2022 | 11/2/2022 | 12/2/2022 | USD | 61.25 | 394 | - | - | - | - | - | 61.25 | 61.25 |
| | 11-01650 | 11/13/2022 | 11/13/2022 | 12/13/2022 | USD | 464.00 | 383 | - | - | - | - | - | 464.00 | 464.00 |
| | | 7/5/2022 | 7/5/2022 | | USD | -1,750.00 | 544 | - | - | - | - | - | (1,750.00) | (1,750.00) |
| | | | | | | | | - | - | - | - | - | 27,324.84 | 27,324.84 |
| Schlumberger-Guyana | 11-00489 | 8/25/2021 | 8/25/2021 | 9/24/2021 | USD | 1,512.56 | 828 | - | - | - | - | - | 1,512.56 | 1,512.56 |
| | 11-00461 | 8/31/2021 | 8/31/2021 | 9/30/2021 | USD | 1,252.52 | 822 | - | - | - | - | - | 1,252.52 | 1,252.52 |
| | 11-00606 | 9/1/2021 | 9/1/2021 | 10/1/2021 | USD | 2,900.00 | 821 | - | - | - | - | - | 2,900.00 | 2,900.00 |
| | 11-00567 | 9/1/2021 | 9/1/2021 | 10/1/2021 | USD | 7,350.00 | 821 | - | - | - | - | - | 7,350.00 | 7,350.00 |
| | 11-00783 | 11/30/2021 | 1/20/2022 | 2/19/2022 | USD | 8,250.00 | 680 | - | - | - | - | - | 8,250.00 | 8,250.00 |
| | 11-00794 | 11/30/2021 | 1/20/2022 | 2/19/2022 | USD | 560.00 | 680 | - | - | - | - | - | 560.00 | 560.00 |
| | 11-01260 | 7/12/2022 | 7/12/2022 | 8/11/2022 | USD | 185.00 | 507 | - | - | - | - | - | 185.00 | 185.00 |
| | 11-01261 | 7/12/2022 | 7/12/2022 | 8/11/2022 | USD | 555.00 | 507 | - | - | - | - | - | 555.00 | 555.00 |

| Vendor | Invoice # | Date 1 | Date 2 | Date 3 | Curr | Amount | Days | Col A | Col B | Col C | Col D | Col E | Total 1 | Total 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11-01262 | 7/12/2022 | 7/12/2022 | 8/11/2022 | USD | 185.00 | 507 | - | - | - | - | - | 185.00 | 185.00 |
| | 11-01263 | 7/12/2022 | 7/12/2022 | 8/11/2022 | USD | 555.00 | 507 | - | - | - | - | - | 555.00 | 555.00 |
| | 11-01264 | 7/12/2022 | 7/12/2022 | 8/11/2022 | USD | 185.00 | 507 | - | - | - | - | - | 185.00 | 185.00 |
| | 11-01265 | 7/12/2022 | 7/12/2022 | 8/11/2022 | USD | 185.00 | 507 | - | - | - | - | - | 185.00 | 185.00 |
| | 11-01266 | 7/12/2022 | 7/12/2022 | 8/11/2022 | USD | 370.00 | 507 | - | - | - | - | - | 370.00 | 370.00 |
| | 10-03563 | 5/31/2022 | 7/28/2022 | 8/27/2022 | USD | 1,225.35 | 491 | - | - | - | - | - | 1,225.35 | 1,225.35 |
| | 11-01109 | 6/30/2022 | 8/24/2022 | 9/23/2022 | USD | 8,020.00 | 464 | - | - | - | - | - | 8,020.00 | 8,020.00 |
| | 10-03654 | 8/31/2022 | 8/31/2022 | 9/30/2022 | USD | 3,500.00 | 457 | - | - | - | - | - | 3,500.00 | 3,500.00 |
| | 10-03708 | 9/30/2022 | 9/30/2022 | 10/30/2022 | USD | 3,500.00 | 427 | - | - | - | - | - | 3,500.00 | 3,500.00 |
| | 11-01562 | 8/31/2022 | 10/14/2022 | 11/13/2022 | USD | 12,405.00 | 413 | - | - | - | - | - | 12,405.00 | 12,405.00 |
| | 11-01563 | 8/31/2022 | 10/14/2022 | 11/13/2022 | USD | 1,850.00 | 413 | - | - | - | - | - | 1,850.00 | 1,850.00 |
| | 11-01564 | 8/31/2022 | 10/14/2022 | 11/13/2022 | USD | 345.00 | 413 | - | - | - | - | - | 345.00 | 345.00 |
| | 11-01570 | 9/30/2022 | 10/14/2022 | 11/13/2022 | USD | 30,019.00 | 413 | - | - | - | - | - | 30,019.00 | 30,019.00 |
| | 11-01571 | 9/30/2022 | 10/14/2022 | 11/13/2022 | USD | 240.00 | 413 | - | - | - | - | - | 240.00 | 240.00 |
| | 10-03757 | 11/13/2022 | 11/13/2022 | 12/13/2022 | USD | 3,500.00 | 383 | - | - | - | - | - | 3,500.00 | 3,500.00 |
| | 10-03841 | 11/30/2022 | 11/30/2022 | 12/30/2022 | USD | 145.62 | 366 | - | - | - | - | - | 145.62 | 145.62 |
| | 10-03842 | 11/30/2022 | 11/30/2022 | 12/30/2022 | USD | 365.78 | 366 | - | - | - | - | - | 365.78 | 365.78 |
| | 10-03788 | 12/1/2022 | 12/1/2022 | 12/31/2022 | USD | 3,500.00 | 365 | - | - | - | - | - | 3,500.00 | 3,500.00 |
| | 11-01691 | 10/31/2022 | 12/7/2022 | 1/6/2023 | USD | 16,309.00 | 359 | - | - | - | - | - | 16,309.00 | 16,309.00 |
| | 11-01694 | 11/30/2022 | 12/7/2022 | 1/6/2023 | USD | 19,703.00 | 359 | - | - | - | - | - | 19,703.00 | 19,703.00 |
| | 10-03883 | 1/1/2023 | 1/1/2023 | 1/31/2023 | USD | 3,500.00 | 334 | - | - | - | - | - | 3,500.00 | 3,500.00 |
| | 10-03905 | 2/1/2023 | 2/1/2023 | 3/3/2023 | USD | 3,500.00 | 303 | - | - | - | - | - | 3,500.00 | 3,500.00 |
| | 10-03934 | 3/1/2023 | 3/1/2023 | 3/31/2023 | USD | 3,500.00 | 275 | - | - | - | - | - | 3,500.00 | 3,500.00 |
| | 10-03953 | 4/1/2023 | 4/1/2023 | 5/1/2023 | USD | 3,500.00 | 244 | - | - | - | - | - | 3,500.00 | 3,500.00 |
| | 10-03981 | 5/1/2023 | 5/1/2023 | 5/31/2023 | USD | 3,500.00 | 214 | - | - | - | - | - | 3,500.00 | 3,500.00 |
| | 10-04010 | 6/1/2023 | 6/1/2023 | 7/1/2023 | USD | 3,500.00 | 183 | - | - | - | - | - | 3,500.00 | 3,500.00 |
| | | | | | | | | - | - | - | - | - | 149,672.83 | 149,672.83 |
| Seacor Marine c/o Ramps Logistics | 10-03682 | 8/31/2022 | 9/14/2022 | 10/14/2022 | USD | 17,125.00 | 443 | - | - | - | - | - | 17,125.00 | 17,125.00 |
| | | | | | | | | - | - | - | - | - | 17,125.00 | 17,125.00 |
| Shuman Consulting | 11-00348 | 7/29/2021 | 7/29/2021 | 8/28/2021 | USD | 883.45 | 855 | - | - | - | - | - | 883.45 | 883.45 |
| | 11-00968 | 2/28/2022 | 3/8/2022 | 4/7/2022 | USD | 585.70 | 633 | - | - | - | - | - | 585.70 | 585.70 |
| | 11-00971 | 3/10/2022 | 3/10/2022 | 4/9/2022 | USD | 583.50 | 631 | - | - | - | - | - | 583.50 | 583.50 |
| | 11-01239 | 6/30/2022 | 7/20/2022 | 8/19/2022 | USD | 691.60 | 499 | - | - | - | - | - | 691.60 | 691.60 |
| | 11-01544 | 10/12/2022 | 10/12/2022 | 11/11/2022 | USD | 499.00 | 415 | - | - | - | - | - | 499.00 | 499.00 |
| | | | | | | | | - | - | - | - | - | 3,243.25 | 3,243.25 |
| Apostolic Christian Skylines | 10-03911RV | 2/1/2023 | 2/1/2023 | 3/3/2023 | USD | 5,500.00 | 303 | - | - | - | - | - | 5,500.00 | 5,500.00 |
| | 10-03939RV | 3/1/2023 | 3/1/2023 | 3/31/2023 | USD | 5,500.00 | 275 | - | - | - | - | - | 5,500.00 | 5,500.00 |
| | 20-00330 | 4/1/2023 | 4/1/2023 | 4/30/2023 | USD | 5,500.00 | 245 | - | - | - | - | - | 5,500.00 | 5,500.00 |
| | 20-00331 | 5/1/2023 | 5/1/2023 | 5/31/2023 | USD | 5,500.00 | 214 | - | - | - | - | - | 5,500.00 | 5,500.00 |
| | | | | | | | | - | - | - | - | - | 22,000.00 | 22,000.00 |
| Subsea 7 (US) LLC | 11-01442 | 6/24/2022 | 8/15/2022 | 9/29/2022 | USD | 177.35 | 458 | - | - | - | - | - | 177.35 | 177.35 |
| | 11-01443 | 7/2/2022 | 8/15/2022 | 9/29/2022 | USD | 179.80 | 458 | - | - | - | - | - | 179.80 | 179.80 |
| | 11-01576 | 10/18/2022 | 10/18/2022 | 12/2/2022 | USD | 441.00 | 394 | - | - | - | - | - | 441.00 | 441.00 |
| | 10-03862 | 12/22/2022 | 12/22/2022 | 2/5/2023 | USD | 1,732.50 | 329 | - | - | - | - | - | 1,732.50 | 1,732.50 |
| | | 3/11/2022 | 3/11/2022 | | USD | -718.00 | 660 | - | - | - | - | - | (718.00) | (718.00) |
| | | 7/8/2022 | 7/8/2022 | | USD | -0.10 | 541 | - | - | - | - | - | (0.10) | (0.10) |
| | | | | | | | | - | - | - | - | - | 1,812.55 | 1,812.55 |
| Taylor's International Services Inc. | 10-04081 | 10/10/2023 | 10/10/2023 | 11/9/2023 | USD | 7,536.20 | 52 | - | - | 7,536.20 | - | - | - | 7,536.20 |
| | | | | | | | | - | - | 7,536.20 | - | - | - | 7,536.20 |
| Transocean | 10-04111 | 12/1/2023 | 12/1/2023 | 12/31/2023 | USD | 13,809.00 | 0 | 13,809.00 | - | - | - | - | - | 13,809.00 |
| | | | | | | | | 13,809.00 | - | - | - | - | - | 13,809.00 |
| The Trinity Community at Fairborn | 10-03694 | 9/30/2022 | 9/30/2022 | 10/30/2022 | USD | 3,000.00 | 427 | - | - | - | - | - | 3,000.00 | 3,000.00 |
| | 10-03695 | 9/30/2022 | 9/30/2022 | 10/30/2022 | USD | 700.00 | 427 | - | - | - | - | - | 700.00 | 700.00 |
| | 10-03998 | 5/22/2023 | 5/22/2023 | 6/21/2023 | USD | 29,600.00 | 193 | - | - | - | - | - | 29,600.00 | 29,600.00 |
| | | | | | | | | - | - | - | - | - | 33,300.00 | 33,300.00 |
| The Trinity Community at Beavercreek | 10-03692 | 9/30/2022 | 9/30/2022 | 10/30/2022 | USD | 700.00 | 427 | - | - | - | - | - | 700.00 | 700.00 |
| | 10-03693 | 9/30/2022 | 9/30/2022 | 10/30/2022 | USD | 3,000.00 | 427 | - | - | - | - | - | 3,000.00 | 3,000.00 |
| | 10-03999 | 5/22/2023 | 5/22/2023 | 6/21/2023 | USD | 29,600.00 | 193 | - | - | - | - | - | 29,600.00 | 29,600.00 |
| | | | | | | | | - | - | - | - | - | 33,300.00 | 33,300.00 |
| | | | | Grand totals | | | | 39,586.00 | 18,500.00 | 28,736.20 | 23,350.00 | 5,000.00 | 906,368.61 | 1,021,540.81 |

# RemoteMD
## Profit and Loss - Detail (In USD)

| | |
|---|---|
| Reporting Book: | ACCRUAL |
| As of Date: | 12/31/2023 |
| Location: | RemoteMD, LLC |

| | Month Ending 12/31/2023 |
|---|---:|
| **Revenue** | |
| Revenue - Services | |
| 40000 - MEDIC STANDARD | 21,760.00 |
| 40007 - MED CONTROL INCOME | 52,547.00 |
| 40011 - REIMBURSED EXPENSE INCOME | 96.29 |
| 40014 - MEDIC NON-STANDARD OVERTIME | 3,706.00 |
| 40023 - MEDICAL DIRECTOR INCOME | 10,500.00 |
| **Total Revenue - Services** | 88,609.29 |
| | |
| Revenue - Other | |
| 40015 - COURSE REGISTRATION FEES | 850.00 |
| 43005 - MEDICAL SUPPLIES (INCOME) | (40.20) |
| **Total Revenue - Other** | 809.80 |
| | |
| **Total Revenue** | 89,419.09 |
| | |
| **Cost of Revenue** | |
| Cost of Goods Sold - C+ | |
| 51007 - MILEAGE-MEDIC C+ | 1,096.16 |
| **Total Cost of Goods Sold C+** | 1,096.16 |
| | |
| Cost of Services Revenue | |
| 60212 - CONTRACT LABOR-MEDICAL | 59,882.08 |
| 83180 - INSURANCE-MEL | 681.82 |
| 83192 - INSURANCE-INLAND MARINE (EQUIP) | 596.73 |
| 83193 - INSURANCE-D/O | 3,598.26 |
| 84400 - EDUCATION & TRAINING | 2,294.50 |
| **Total Cost of Services Revenue** | 67,053.39 |
| | |
| Cost of Goods Sold | |
| 51509 - MEDICAL SUPPLIES | (12,479.95) |
| **Total Cost of Goods Sold** | (12,479.95) |

| | |
|---|---:|
| Total Cost of Revenue | 55,669.60 |
| Gross Profit | 33,749.49 |

**Operating Expenses**

General and Administrative Expenses

Office Supplies
| | |
|---|---:|
| 84200 - OFFICE SUPPLIES | 140.53 |
| Total Office Supplies | 140.53 |
| Total General and Administrative Expenses | 140.53 |

Payroll and Related Expenses

Benefits
| | |
|---|---:|
| 84000 - HOSPITALIZATION INSURANCE_BCBS | 8,294.35 |
| 84001 - HOSPITALIZATION INSURANCE_ANCILLARY | 312.26 |
| Total Benefits | 8,606.61 |

Salary and Wages
| | |
|---|---:|
| 60000 - SALARIES/WAGES | 47,133.62 |
| 60210 - CONTRACT LABOR-OFFICE | 959.00 |
| Total Salary and Wages | 48,092.62 |
| Total Payroll and Related Expense | 56,699.23 |

Utilities and Facilities

Rent
| | |
|---|---:|
| 86000 - RENTS | 3,991.17 |
| Total Rent | 3,991.17 |

Utilities
| | |
|---|---:|
| 87200 - UTILITIES | 671.97 |
| Total Utilities | 671.97 |
| Total Utilities and Facilities | 4,663.14 |

Operating and Maintenance Expenses

Miscellaneous Expense
| | |
|---|---:|
| 84100 - OFFICE MAINTENANCE & REPAIRS | 1,144.10 |
| Total Miscellaneous Expense | 1,144.10 |

Other Operating Expense

| | |
|---|---:|
| 88250 - BANK FEES | 637.00 |
| 88251 - PROCESSING FEES | 496.21 |
| Total Other Operating Expense | 1,133.21 |
| | |
| Total Operating and Maintenance Expenses | 2,277.31 |
| | |
| **Taxes and Insurance** | |
| | |
| Insurance | |
| 83110 - INSURANCE-PROPERTY | 309.22 |
| 83120 - INSURANCE-WORKERS COMP | 223.27 |
| 83130 - INSURANCE-UMBRELLA | 2,381.55 |
| 83190 - INSURANCE-PROFESSIONAL LIABILITY | 4,354.71 |
| Total Insurance | 7,268.75 |
| | |
| Total Taxes and Insurance | 7,268.75 |
| | |
| Total Operating Expenses | 71,048.96 |
| | |
| **Income Taxes** | |
| | |
| State and Local Taxes | |
| 86501 - PROPERTY TAX (REAL) | 200.00 |
| Total State and Local Taxes | 200.00 |
| | |
| Total Income Taxes | 200.00 |
| | |
| **Net Income (Loss)** | $ (37,499.47) |

Created on : 01/22/2024 5:53 AM CDT

**RemoteMD**
**Cash Flow Statement (In USD)**

| | |
|---|---|
| Reporting Book: | ACCRUAL |
| As of Date: | 12/31/2023 |
| Location: | RemoteMD, LLC |

| | Month Ending 12/31/2023 | |
|---|---:|---:|
| **Cash Flows from Operating Activities:** | | |
| Net Income (Loss) | (37,499.47) | (37,499.47) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation | 0.00 | 0.00 |
| Amortization | 0.00 | 0.00 |
| Stock-based Compensation | 0.00 | 0.00 |
| Changes in Operating Assets and Liabilities: | | |
| Changes in Net Accounts Receivable | | |
| Changes in Accounts Receivable | (33,978.10) | (33,978.10) |
| Changes in Allowance for Doubtful Accounts | 0.00 | 0.00 |
| Change in Inventory | 0.00 | 0.00 |
| Changes in Prepaid Expenses and Other Assets | 0.00 | 0.00 |
| Changes to Accounts Payable | (685.14) | (685.14) |
| Changes to Sales and Used Tax Payable | 0.00 | 0.00 |
| Changes to Accrued Liabilites and Other Liabilities | 60,719.92 | 60,719.92 |
| Changes to Accrued Income Taxes Liabilities | 0.00 | 0.00 |
| Changes to Deferred Income Taxes Assets | 0.00 | 0.00 |
| Changes to Deferred Revenue | 0.00 | 0.00 |
| Changes to Intercompany | | |
| Changes to Intercompany Receivable | 0.00 | 0.00 |
| Changes to Intercompany Payable | (14,873.35) | (14,873.35) |
| Net cash provided by operating Activities | (26,316.14) | (26,316.14) |
| **Cash Flows from Investing Activities** | | |
| Capital Expenditures | 0.00 | 0.00 |
| Net sales (purchases) of ST investements | 0.00 | 0.00 |
| Purchase of long term investments and other assets | 0.00 | 0.00 |
| Investment in Subsidiary | 0.00 | 0.00 |
| Net cash provided by investing activities | 0.00 | 0.00 |
| **Cash Flows from Financing Activities** | | |
| Changes in Debt Proceeds | (4,185.00) | (4,185.00) |
| Changes in Capital Stock | 0.00 | 0.00 |
| Net cash provided by financing activities | (4,185.00) | (4,185.00) |
| **Net increase (decrease) in cash** | (30,501.14) | (30,501.14) |
| **Cash - Beginning of Period** | (1,443,941.51) | (1,443,941.51) |
| **Cash - End of Period** | (1,471,207.23) | (1,471,207.23) |