## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | **REMOTEMD, LLC** | **CHAPTER 11** |
| | Debtor | **CASE NO. 22-11254** |

### FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR CRAIG M. GENO

COMES NOW the Craig M. Geno, the Subchapter V Trustee in this case (the "Trustee" or "Mr. Geno"), and files this his *First and Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Craig M. Geno* (the "Application"), and in support thereof, would show as follows:

1.	On November 7, 2022, the United States Trustee filed a *Notice of Appointment of Subchapter V Trustee* **[DK #34]** appointing Craig M. Geno as the Subchapter V Trustee in this case.

2.	The substantial services rendered by Mr. Geno as Subchapter V Trustee and the expenses incurred by the Trustee benefitted the estate. An Affidavit reflecting said legal services rendered and expenses incurred is attached hereto as **Exhibit "A"**. The Affidavit also certifies and represents to the Court that the services rendered by the Trustee were reasonable and necessary and that said services have actually been rendered. A detailed itemization of such services and expenses is attached as **Exhibit "B"** and incorporated by reference.

3.	The fees and expenses charged and incurred represent reasonable and necessary fees and expenses that were required to be extended by the Trustee in all matters which are anticipated to arise in the functioning of litigation matters, case administration and to protect and preserve all rights of the Debtor and the interests of creditors in furtherance of the Trustee's obligations herein; and they represent normal and customary fees and expenses incurred and charged for trustees in

similar cases. The time, skill and experience utilized by the Trustee justify the approval of the Application.

4.     This is the Trustee's first request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from November 6, 2022, to and including February 9, 2024, and is for the sum of $24,684.31 ($24,649.75 in fees and $34.56 in expenses).

WHEREFORE, PREMISES CONSIDERED, the Trustee requests that this Court enter an Order awarding reasonable fees for the professional services rendered herein, on a final basis, and authorizing and directing the Debtor to pay said fees and expenses. The Trustee prays for general relief.

THIS, the 12th day of February, 2024.

Respectfully submitted,

CRAIG M. GENO, SUBCHAPTER V TRUSTEE

By His Attorneys,

LAW OFFICES OF CRAIG M. GENO, PLLC

By: */s/ Craig M. Geno*
         Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Remote\MD, LLC\Fee Apps\CMG\1st\Application.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via Notice of Electronic Filing, a true and correct copy of the above and foregoing instrument to the following:

Christy R. Bergeron, Esq.
Office of the United States Trustee
christy.bergerson@usdoj.gov

Greta M. Brouphy, Esq.
gbrouphy@hellerdraper.com

Douglas S. Draper, Esq.
ddraper@hellerdraper.com

THIS, the 12th day of February, 2024.

/s/ Craig M. Geno
Craig M. Geno

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:        **REMOTEMD, LLC**                                    **CHAPTER 11**
              **Debtor**                                           **CASE NO. 22-11254**

# EXHIBIT "A"

## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | **REMOTEMD, LLC** | **CHAPTER 11** |
| | **Debtor** | **CASE NO. 22-11254** |

### AFFIDAVIT

PERSONALLY APPEARED BEFORE ME, the undersigned authority, in and for the jurisdiction aforesaid, Craig M. Geno, the Subchapter V Trustee, who after having been first by me duly sworn, stated on oath that this Affidavit is submitted in support of the *First and Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Craig M. Geno* (the "Application"), Subchapter V Trustee, that the statements which are attached to the Application as Exhibit "B" represent a detailed statement of reasonable fees and expenses. Affiant hereby makes application for payment of reasonable fees and necessary expenses.

_____
Craig M. Geno

STATE OF MISSISSIPPI
COUNTY OF MADISON

SWORN TO AND SUBSCRIBED BEFORE ME, this the 12th day of February, 2024.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES June 21, 2025

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 120626, KATHRYN LAWSON CARTER, Commission Expires June 21, 2025, MADISON COUNTY]

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:      **REMOTEMD, LLC**                **CHAPTER 11**
             **Debtor**                          **CASE NO. 22-11254**

# EXHIBIT "B"

### *Law Offices of Craig M. Geno, PLLC*
587 Highland Colony Parkway
Ridgeland, MS-Mississippi 39157 USA

Ph:601-427-0048 Fax:601-427-0050

RemoteMD, LLC February 9, 2024
MS-Mississippi
USA

| | | |
|---|---|---|
| File #: | T22004 |
| **Attention:** | Inv #: | 347958 |

**RE:** Subchapter V Trustee - E.D. of Louisiana

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Nov-06-22 | Review memos to/from Christy Bergeron regarding filing of new case, background information and related matters | 0.25 | 62.50 | CMG |
| Nov-07-22 | Assist CMG drafting Verified Statement of SubV Trustee | 0.15 | 27.75 | KLC |
| | Assist CMG setting up file, drafting New Client Data Sheet | 0.50 | 92.50 | KLC |
| Nov-08-22 | Review memos to/from Christy Bergeron regarding scheduling 341 | 0.25 | 62.50 | CMG |
| | Review memos to/from Office of U.S. Trustee regarding scheduling Initial Debtor Interview | 0.15 | 37.50 | CMG |
| | Review schedule and calendar deadlines and review 341 notice | 0.25 | 62.50 | CMG |
| | Review memos to/from Tammy Damico regarding information pertaining to the initial debtor interview | 0.15 | 37.50 | CMG |
| Nov-09-22 | Review Clerk's modified Debtor filing | 0.05 | 12.50 | CMG |
| | Review deficiency notice re COS on notice of appearance DK #35 | 0.05 | 12.50 | CMG |
| | Review deficiency notice re COS on notice of appearance DK #36 | 0.10 | 25.00 | CMG |

| | | | | |
|---|---|---|---|---|
| | Review notice from Steele Strategies | 0.10 | 25.00 | CMG |
| | Review memo from Greta Brouphy to Clerk's office regarding cash collateral motion and request for payment of pre-petition salaries and payroll | 0.10 | 25.00 | CMG |
| Nov-10-22 | Review memos to/from Karen Hess regarding first day hearings - date, time and place | 0.10 | 25.00 | CMG |
| | Review order granting motion for expedited hearing re cash collateral motion, motion to pay pre-petition wages | 0.10 | 25.00 | CMG |
| | Review ex parte motion to extend time to file schedules; Review memos to/from Mrs. Brouphy, Mrs. Bergeron regarding financial updates and information | 0.25 | 62.50 | CMG |
| | Review motion to expedite hearing re motion to use cash collateral | 0.10 | 25.00 | CMG |
| | Review proof of claim from Texas Workforce Commission | 0.10 | 25.00 | CMG |
| | Review memo from Greta Brouphy regarding hearing requests and related documents for pending matters | 0.20 | 50.00 | CMG |
| | Review exhibit/proposed order from Debtor's counsel re motion to expedite | 0.20 | 50.00 | CMG |
| | Review memo from Karen Hess and review executed order setting expedited hearings | 0.10 | 25.00 | CMG |
| Nov-11-22 | Review notice from Evergreen Working Capital | 0.10 | 25.00 | CMG |
| | Receipt and review of notice of Meeting of Creditors; calendar various deadlines and hearing date to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| Nov-14-22 | Review memo from Mark Maher regarding Initial Debtor Interview start time | 0.10 | 25.00 | CMG |
| | Review Certificate of Service on various motions | 0.10 | 25.00 | CMG |

| | | | | |
|---|---|---|---|---|
| | Review declaration about Debtor's schedules and lack of availability of normal accounting information | 0.10 | 25.00 | CMG |
| | Review memo from Christy Bergeron regarding additional information concerning Motion to Pay Pre-Petition Wages | 0.10 | 25.00 | CMG |
| | Review memo from Greta Brouphy regarding the filing of amended and additional motions to be considered on an expedited basis | 0.10 | 25.00 | CMG |
| | Review memos from Christy Bergeron regarding possibility of patient care ombudsman | 0.10 | 25.00 | CMG |
| | Review amended motion to pay pre-petition wages | 0.25 | 62.50 | CMG |
| | Review motion for authority to pay compensation of payment to insiders | 0.50 | 125.00 | CMG |
| | Review motion from Debtor to expedite hearings re amended motion to pay pre-petition wages, motion to pay insiders | 0.25 | 62.50 | CMG |
| | Receipt and review of Order on Debtor's Motion to Expedite Hearing re Motion to Approve Factoring Agreement and Motion to Pay Wages, etc.; calendar hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| Nov-15-22 | Review various first day motions and responses/objections | 0.45 | 112.50 | CMG |
| | Review objection of Robert Dudley and Kathryn Steele to motion to pay insiders | 0.35 | 87.50 | CMG |
| | Review objection from UST to various motions | 0.40 | 100.00 | CMG |
| | Receipt and review of Order on Debtor's Motion to Expedite Hearing on Amended Motion to Pay Wages, etc. and Motion to Pay Insiders; calendar hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| | Receipt and review of Order on Debtor's Motion to Extend Time to File Schedules; calendar deadline for Debtor to file Schedules, etc. | 0.10 | 18.50 | KLC |

| | | | | |
|---|---|---|---|---|
| Nov-16-22 | Review memos from Mr. Forsyth, Mr. Draper regarding numerous creditor inquiries as to budget and related matters | 0.20 | 50.00 | CMG |
| | Review certificate of insurance | 0.10 | 25.00 | CMG |
| | Review memo from Mr. Draper regarding settlement options | 0.15 | 37.50 | CMG |
| | Participate in IDI | 1.10 | 275.00 | CMG |
| | Conference call with UST, Debtor's counsel regarding first day hearings | 0.35 | 87.50 | CMG |
| | Review Debtor's Certificate of Service for pending motions | 0.10 | 25.00 | CMG |
| | Attend first day hearings on various issues | 1.65 | 412.50 | CMG |
| Nov-17-22 | Review memos to/from Olivia Greenberg regarding initial meet and confer | 0.15 | 37.50 | CMG |
| | Review memo from Mark Maher regarding IDI deficiencies | 0.15 | 37.50 | CMG |
| | Review memos to/from Doug Draper regarding 2004 document production and related matters | 0.10 | 25.00 | CMG |
| Nov-18-22 | Review memo from Doug Draper regarding Noble Drilling contract termination | 0.10 | 25.00 | CMG |
| | Telephone conference with Doug Draper regarding Noble Drilling contract termination and business judgment to support it | 0.20 | 50.00 | CMG |
| Nov-21-22 | Review hearing continuance re first day motions and related matters | 0.10 | 25.00 | CMG |
| | Review Certificate of Service on Orders from first day hearings | 0.15 | 37.50 | CMG |
| | Receipt and review of Interim Order on Debtor's Motion to Approve Factoring Agreement; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| | Receipt and review of minute entry re Debtor's Motion to Pay Insiders, Motion & Amended | 0.15 | 27.75 | KLC |

| | | | | |
|---|---|---|---|---|
| | Motion to Pay Wages, Motion to Approve Factoring Agreement; calendar rescheduled hearing dates to trigger preparation of hearing folders | | | |
| Nov-22-22 | Review various first day orders and memos regarding same from all counsel | 0.60 | 150.00 | CMG |
| Nov-23-22 | Telephone conference with Olivia Greenberg regarding case status, background | 0.25 | 62.50 | CMG |
| Nov-25-22 | Review memos to/from Doug Draper, David Forsyth regarding depositions, discovery and possible dates, logistics and scope | 0.25 | 62.50 | CMG |
| Nov-28-22 | Review memos to/from David Forsyth, Doug Draper regarding possible deposition deadlines, extending interim orders for depositions to occur and for live hearings with witnesses | 0.25 | 62.50 | CMG |
| | Receipt and review of Interim Order re Debtor's Motion to Approve Payments to Insiders; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| | Receipt and review of Interim Order re Debtor's Motion to Pay Wages, etc.; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| Nov-29-22 | Review memos to/from D. Forsyth, C. Bergeron regarding interviews | 0.20 | 50.00 | CMG |
| | Review memos to/from D. Forsyth, C. Bergeron, G. Brouphy regarding schedules | 0.10 | 25.00 | CMG |
| | Review ex parte motion for order establishing bar date | 0.25 | 62.50 | CMG |
| | Review memos to/from Doug Draper, David Forsyth regarding terms and conditions of upcoming 2004 examinations | 0.25 | 62.50 | CMG |
| | Review memo from David Forsyth to U.S. Trustee requesting the 341 be continued and not concluded due to a lack of financial documents being filed | 0.10 | 25.00 | CMG |
| Nov-30-22 | Review additional memos to/from David | 0.20 | 50.00 | CMG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Forsyth, Doug Draper regarding waiver of subpoenas and formalities in order to expedite discovery |  |  |  |
|  | Review memos to/from David Forsyth, Christy Bergeron regarding notice to court of request of continuance and reset | 0.20 | 50.00 | CMG |
|  | Review COS regarding meeting of creditors and interim orders | 0.15 | 37.50 | CMG |
|  | Review memo from Christy Bergeron regarding consent to keeping interim orders in place and removing final hearing on interim orders | 0.10 | 25.00 | CMG |
| Dec-01-22 | Review numerous memos to/from D. Forsyth regarding notice to clerk of requested continuance | 0.20 | 50.00 | CMG |
|  | Review memos to/from Ms. Hess regarding trial dates | 0.10 | 25.00 | CMG |
|  | Review notice of depositions from David Forsyth | 0.25 | 62.50 | CMG |
|  | Receipt and review of Notice re Debtor's Application to Employ Attorney Heller Draper; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| Dec-02-22 | Conference call with David Forsyth, Christy Bergeron, et al, regarding petitioners background and facts leadung up to the filing of the case and post-petition developments | 0.85 | 212.50 | CMG |
|  | Review memo from David Forsyth requesting approval of January 20, 2023 for reset hearings | 0.10 | 25.00 | CMG |
| Dec-03-22 | Review Schedules A/B, D, E/F | 0.75 | 187.50 | CMG |
| Dec-05-22 | Review notice of deficiency regarding creditors list | 0.10 | 25.00 | CMG |
| Dec-07-22 | Review order on bar dates | 0.20 | 50.00 | CMG |
|  | Review formal motion to continue re motion to pay insiders | 0.20 | 50.00 | CMG |

|           |                                                                                                                                                                                            |      |        |     |
|-----------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|-----|
|           | Review memos to/from Mark Maher, G. Brouphy regarding due date for monthly operating reports                                                                                                | 0.10 | 25.00  | CMG |
|           | Receipt and review of Notice of Bar Dates for Filing Proofs of Claim; calendar proof of claim deadlines                                                                                     | 0.10 | 18.50  | KLC |
| Dec-08-22 | Review Proof of Claim of MediChest                                                                                                                                                          | 0.10 | 25.00  | CMG |
| Dec-12-22 | Review proceeding memo from US Trustee regarding 341                                                                                                                                        | 0.10 | 25.00  | CMG |
|           | Receipt and review of Order on Dudley's & Steele Strategies' Motion to Continue Hearing on Debtor's Motion to Approve Insider Compensation; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75  | KLC |
|           | Receipt and review of Minutes from continued Meeting of Creditors; calendar deadlines to cure deficiencies and hearing date to trigger preparation of hearing folder                        | 0.15 | 27.75  | KLC |
| Dec-13-22 | Review certificate of service from Michael Landis regarding creditors meeting adjournment and reset                                                                                         | 0.10 | 25.00  | CMG |
| Dec-14-22 | Dictation of limited response to Debtor's motion to approve payments to insiders                                                                                                            | 0.40 | 100.00 | CMG |
|           | Assist CMG drafting Limited Response to Debtor's Motion to Approve Payments to Insiders                                                                                                      | 0.30 | 55.50  | KLC |
| Dec-17-22 | Review IRS Proof of Claim                                                                                                                                                                   | 0.10 | 25.00  | CMG |
| Dec-19-22 | Review exhibits to Statement of Financial Affairs                                                                                                                                           | 0.20 | 50.00  | CMG |
| Dec-20-22 | Attend adjourned 341                                                                                                                                                                        | 1.45 | 362.50 | CMG |
|           | Review memo from David Forsyth regarding 341 transcript                                                                                                                                     | 0.15 | 37.50  | CMG |
|           | Brief review of prior transcript for 341 hearing                                                                                                                                            | 0.20 | 50.00  | CMG |
|           | Telephone conference with Doug Draper regarding various interesting cases, potential                                                                                                        | 0.20 | 50.00  | CMG |

|  | estate claims, background of pre-petition transactions and related matters | | | |
|---|---|---|---|---|
|  | Review minutes of 341 meeting from U.S. Trustee's office | 0.15 | 37.50 | CMG |
|  | Receipt and review of Minutes from Meeting of Creditors; calendar deadline for Debtor to cure deficiencies and to file November 2022 MOR | 0.10 | 18.50 | KLC |
| Dec-22-22 | Receipt and review of hearing notice re Dudley's and Steele Strategies' Motion to Disqualify Debtor under SubV, etc.; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| Dec-27-22 | Review minute entry regarding motion to use cash collateral, motion to pay, and application to employ | 0.10 | 25.00 | CMG |
|  | Receipt and review of Order on Dudley's and Steele Strategies' Motion for Scheduling Conference re Motion to Remove DIP; calendar hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| Dec-28-22 | Dictation of motion to reschedule hearing on motion for scheduling conference; Review and revision of same | 0.10 | 25.00 | CMG |
|  | Review memos to/from Greta Brouphy regarding virtual appearance at scheduling conference | 0.10 | 25.00 | CMG |
|  | Telephone conference with Christy Bergeron regarding case status, potential claims to assert and paths going forward | 0.25 | 62.50 | CMG |
|  | Review notice of hearing on Motion to Remove Debtor | 0.20 | 50.00 | CMG |
|  | Review certificate of service on Motion to Remove Debtor | 0.15 | 37.50 | CMG |
|  | Review notice on behalf of American Longshore Mutual | 0.10 | 25.00 | CMG |
|  | Assist CMG with Draft and Revise Motion to Continue Hearing on Ex Parte Motion/Order to set scheduling conference | 0.60 | 111.00 | CCL |

| | | | | |
|---|---|---|---|---|
| Dec-29-22 | Review notice of appearance on behalf of Mody Capital LLC | 0.10 | 25.00 | CMG |
| Jan-03-23 | Review memo from Mark Maher regarding detailed profit and loss statement, balance sheet and related financials, explanations for responses to MOR questions, vendor aging report, customer aging report and numerous related matters | 0.30 | 75.00 | CMG |
| | Review entered order on Motion to Pay Wages | 0.10 | 25.00 | CMG |
| | Review minute entry as a result of status conference | 0.10 | 25.00 | CMG |
| | Attend status conference | 0.40 | 100.00 | CMG |
| | Telephone conference with Chris Gaul regarding workman's comp and Great American's policy premium | 0.25 | 62.50 | CMG |
| Jan-04-23 | Review Rule 2019 statement from Robert Dudley & Steele Strategies | 0.20 | 50.00 | CMG |
| | Review memos to/from Greta Brouphy regarding requests to approve compensation payment to insiders, amendment of it and discovery | 0.20 | 50.00 | CMG |
| | Receipt and review of hearing notice re Evergeen's Application for Administrative Expense Claim; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| | Receipt and review of Order on Motion to Continue Hearing on Dudley's and Steele Strategies' Motion to Disqualify Debtor under SubV; calendar hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| Jan-09-23 | Telephone conference with Katie Hollowell regarding Noble Drilling motion for stay relief or to approve rejection of executory contract | 0.20 | 50.00 | CMG |
| | Review of Proof of Claim of Comptroller of Public Accounts, State of Texas | 0.10 | 25.00 | CMG |
| Jan-10-23 | Review order granting motion to continue hearing on motion to pay insiders | 0.15 | 37.50 | CMG |

|          |                                                                                                                                                                                  |      |       |     |
|----------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|-------|-----|
|          | Review memos to/from Doug Draper, David Forsyth regarding amounts of proofs of claim and related matters as to Subchapter V "cap" exceeded or met by the Debtor                    | 0.20 | 50.00 | CMG |
|          | Review memo from David Forsyth to Pelican State Industrial Medicine; Review requested list of documents                                                                           | 0.25 | 62.50 | CMG |
|          | Receipt and review of Order on Dudley's & Steele Strategies' Motion to Continue Hearing on Debtor's Motion to Approve Insider Compensation; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| Jan-12-23 | Review memo from David Forsyth; Review subpoenas being served on Elite Healthcare                                                                                                | 0.20 | 50.00 | CMG |
|          | Review memos from Chris Gaul regarding Great American Insurance issues                                                                                                             | 0.20 | 50.00 | CMG |
| Jan-13-23 | Review interrogatories submitted from David Forsyth to Debtor                                                                                                                    | 0.30 | 75.00 | CMG |
| Jan-18-23 | Review email from David Forsth and documents subpoenaed to be served on Independence Emergency Group, LLC                                                                        | 0.20 | 50.00 | CMG |
|          | Review notice of hearing on motion to reject lease of Mody Capital                                                                                                                | 0.20 | 50.00 | CMG |
|          | Receipt and review of hearing notice re Debtor's Motion to Reject Mody Capital's Lease; calendar hearing date and objection deadline to trigger preparation of hearing folder   | 0.15 | 27.75 | KLC |
| Jan-20-23 | Receipt and review of amended hearing notice re Debtor's Motion to Reject Mody Capital's Lease; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| Jan-21-23 | Review First Amended Notice of Hearing re motion to reject lease of Mody Capital                                                                                                | 0.20 | 50.00 | CMG |
| Jan-23-23 | Review proof of claim of 1001 Adams Avenue                                                                                                                                       | 0.20 | 50.00 | CMG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Review notice from Noble Drilling | 0.10 | 25.00 | CMG |
|  | Review application to employ CPA firm and attachments | 0.45 | 112.50 | CMG |
|  | Review notice of hearing on Application to Employ CPA firm | 0.20 | 50.00 | CMG |
|  | Brief review of interrogatories and requests submitted by the Debtor to Steele Strategies and to Robert Dudley | 0.45 | 112.50 | CMG |
|  | Receipt and review of hearing notice re Debtor's Application to Employ Cooper CPA Group; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| Jan-25-23 | Review motion for administrative expenses of Evergreen Working Capital | 0.30 | 75.00 | CMG |
|  | Review notice of hearing on consent motion for relief from the automatic stay of Noble Drilling | 0.20 | 50.00 | CMG |
|  | Review consent motion to lift stay from Noble Drilling | 0.75 | 187.50 | CMG |
| Jan-26-23 | Telephone conference with Greta Brouphy regarding current developments, feasibility issues, Noble Drilling lift stay motion, extension of time to file plan | 0.25 | 62.50 | CMG |
|  | Receipt and review of hearing notice re Noble Drilling's Motion for Relief from Stay; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| Jan-27-23 | Review motion to extend Plan deadlines | 0.50 | 125.00 | CMG |
|  | Review request for expedited consideration of motion to extend plan deadlines | 0.25 | 62.50 | CMG |
| Jan-30-23 | Review order granting request for expedited consideration of motion to extend plan deadlines | 0.20 | 50.00 | CMG |
|  | Receipt and review of Order on Debtor's Motion to Expedite Hearing on Motion to | 0.10 | 18.50 | KLC |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Extend 1189 Deadline; calendar hearing date to trigger preparation of hearing folder |  |  |  |
| Feb-01-23 | Attend hearing on Motion to Extend Time to File Plan of Reorganization | 0.25 | 62.50 | CMG |
|  | Review minute entries re Evergreen Working Capital's application for administrative expenses, motion to extend time to file plan | 0.10 | 25.00 | CMG |
| Feb-02-23 | Review order on administrative expense allowance of Evergreen Working Capital | 0.15 | 37.50 | CMG |
|  | Receipt and review of minute entry re Debtor's Motion to Extend 1189 Deadline; calendar status conference date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| Feb-08-23 | Review Motion to Expedite Hearing on AFCO's motion for relief | 0.20 | 50.00 | CMG |
|  | Review order scheduling status conference re motion to remove debtor | 0.20 | 50.00 | CMG |
|  | Assist CMG with Draft and Revise Motion to Require Escrowed SubV Trustee Payments; Drafted Notice, COS, and Order of Same | 0.50 | 92.50 | CCL |
|  | Receipt and review of Order on Debtor's Motion to Extend 1189 Deadline; calendar status conference date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| Feb-09-23 | Organized client files, sorted various paperwork into folders | 0.75 | 138.75 | CCL |
| Feb-10-23 | Review order on motion to expedite hearing on AFCO's motion for relief | 0.25 | 62.50 | CMG |
|  | Receipt and review of Order on AFCO Credit's Motion to Expedite Hearing on Motion for Relief from Stay; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| Feb-15-23 | Updated pleadings index | 2.75 | 508.75 | CCL |
| Feb-17-23 | Review letter from David Forsyth regarding discovery failures and possible resolution | 0.20 | 50.00 | CMG |

| Feb-20-23 | Review AFCO motion and exhibits | 1.45 | 362.50 | CMG |
|---|---|---|---|---|
| | Dictation of answer and response to AFCO Motion | 0.75 | 187.50 | CMG |
| | Assist CMG drafting and revising Answer, Objection to AFCO's Emergency Motion for Relief from Stay | 0.35 | 64.75 | KLC |
| Feb-21-23 | Review memos to/from Greta Brouphy regarding response to AFCO motion | 0.20 | 50.00 | CMG |
| | Review and revision of response to AFCO motion | 0.25 | 62.50 | CMG |
| Feb-22-23 | Telephone conference with Doug Draper regarding case status, objections to pending motions and related matters | 0.20 | 50.00 | CMG |
| | Review memos to/from David Forsyth, Doug Draper regarding objection to insider compensation | 0.20 | 50.00 | CMG |
| | Dictation of letter to Doug Draper regarding objection to amount of insider compensation based upon vastly decreased income | 0.20 | 50.00 | CMG |
| | Review debtor response to AFCO motion | 0.30 | 75.00 | CMG |
| | Assist CMG with drafting and revising letter to Doug Draper, Greta Brouphy regarding salary reduction to insiders | 0.15 | 27.75 | CCL |
| Feb-23-23 | Review memos to/from Douglas Draper regarding reduction of salaries | 0.20 | 50.00 | CMG |
| Feb-25-23 | Review memos to/from David Forsyth regarding effective date of reduction in salary, benefits to be reduced or not, credit against future payments and offsets and other insider salaries | 0.20 | 50.00 | CMG |
| Feb-27-23 | Review motion and order for leave to file reply to objections to AFCO's motion for relief | 0.15 | 37.50 | CMG |
| | Review reply of AFCO to objections to motion for relief | 0.25 | 62.50 | CMG |
| | Review file and court docket re: 2/28/23 hearing on AFCO Credit's Emergency | 0.45 | 83.25 | KLC |

|  | Motion for Relief from Stay; prepare hearing folder for same |  |  |  |
|---|---|---|---|---|
| Feb-28-23 | Telephone conference with D. Draper regarding plan/trust proposals | 0.20 | 50.00 | CMG |
|  | Telephone conference with Ms. Brouphy regarding modifications to budget | 0.15 | 37.50 | CMG |
|  | Participate in hearing on AFCO and related motions | 0.50 | 125.00 | CMG |
|  | Review memos to/from Doug Draper regarding exit strategy in case | 0.20 | 50.00 | CMG |
| Mar-01-23 | Review numerous minute entries and reset hearing notices re motion to reject lease of Mody Capital, application to employ CPA, AFCO motion for relief | 0.25 | 62.50 | CMG |
|  | Receipt and review of minue entry re AFCO's Emergency Motion for Relief from Stay; calendar rescheduled hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| Mar-04-23 | Review order on ADCO motion to lift stay | 0.25 | 62.50 | CMG |
|  | Review Noble Drilling's certificate of service re order on motion to lift stay | 0.15 | 37.50 | CMG |
| Mar-06-23 | Review order on Noble Drilling contract; Review order granting application to employ Cooper CPA Group | 0.10 | 25.00 | CMG |
|  | Receipt and review of Order on Debtor's Motion to Reject Lease with Mody Capital; calendar deadline for Mody Capital to file proof of claim | 0.10 | 18.50 | KLC |
| Mar-07-23 | Review entry of appearance for hearing on AFCO matter; Review memos to/from Greta Brouphy regarding settlement of AFCO motion | 0.20 | 50.00 | CMG |
| Mar-09-23 | Review minute entry re AFCO motion for relief | 0.10 | 25.00 | CMG |
| Mar-13-23 | Review memos to/from David Forsyth; Review draft orders and considerations for agreement on reduction of salaries and recoupment | 0.75 | 187.50 | CMG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Review memos to/from Greta Brouphy; Review draft amended motion on insider compensation and questions of effective date | 0.25 | 62.50 | CMG |
| Mar-14-23 | Review memos to/from David Forsyth regarding reduction in salaries and final agreement on same | 0.20 | 50.00 | CMG |
|  | Telephone conference with David Forsyth regarding employment/compensation issues and overall big picture resolution of entire case | 0.25 | 62.50 | CMG |
|  | Review additional memos to/from Doug Draper, David Forsyth wrapping up insider compensation issues | 0.25 | 62.50 | CMG |
| Mar-16-23 | Telephone conference with Doug Draper regarding objection to pending motion, debt amount and possible global settlement of entire case | 0.20 | 50.00 | CMG |
|  | Telephone conference with David Forsyth regarding possible settlement and need to file objection to pending motion | 0.10 | 25.00 | CMG |
|  | Review response of Debtor to motion to determine Debtor not eligible for subchapter V relief | 0.75 | 187.50 | CMG |
|  | Dictation of response to motion to determine eligibilty; Review and revise same | 0.30 | 75.00 | CMG |
|  | Review memos to/from Mark Maher regarding his comments on the December monthly operating report | 0.20 | 50.00 | CMG |
|  | Assist CMG drafting Answer, Response to Dudley's and Steele Strategies' Motion to Disqualify Debtor | 0.20 | 37.00 | KLC |
| Mar-20-23 | Review consent order on AFCO motion | 0.20 | 50.00 | CMG |
|  | Review draft insider compensation order and memos referencing the same in final form | 0.25 | 62.50 | CMG |
|  | Review memos to/from Christy Bergeron regarding settlement of insider compensation issues and global settlement proposition | 0.20 | 50.00 | CMG |
|  | Review numerous memos to/from Doug Draper, David Forsyth regarding global settlement ideas and lack of approval | 0.25 | 62.50 | CMG |

| | | | | |
|---|---|---|---|---|
| | Review motion to file reply re motion to disqualify debtor; Review and revision of reply from David Forsyth | 0.65 | 162.50 | CMG |
| Mar-21-23 | Review memo to/from Doug Draper re need to call counsel as a witness re false proofs of claim | 0.15 | 37.50 | CMG |
| | Review Debtor memorandum in response to Motion to Disqualify Debtor | 0.75 | 187.50 | CMG |
| | Review hearing schedule on recent pleadings | 0.10 | 25.00 | CMG |
| | Review memo from David Forsyth, Doug Draper regarding possible consensual plan workout | 0.20 | 50.00 | CMG |
| | Review Debtor's objection to claim #17 of Steele Strategies | 0.30 | 75.00 | CMG |
| | Review memos to/from David Forsyth, clerks regarding announced settlement, cancellation of live hearing | 0.20 | 50.00 | CMG |
| | Receipt and review of hearing notice re Debtor's Objection to POC #17 of Steele Strategies; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| Mar-23-23 | Review file; Prepare for hearing; Attend hearing on Motion to Continue and status conference | 0.45 | 112.50 | CMG |
| | Review minutes from hearing on motion to disqualify debtor | 0.10 | 25.00 | CMG |
| | Review reset order re motion to disqualify debtor | 0.20 | 50.00 | CMG |
| | Telephone conference with Doug Draper re steps to take for Plan issues, data needed and claim objections issues | 0.20 | 50.00 | CMG |
| | Review memos to/from David Forsyth, Doug Draper re documents and information each needs to complete due diligence and tasks leading up to the development of the plan, suggestion for liquidation trust and trustee | 0.50 | 125.00 | CMG |
| | Receipt and review of Order re status | 0.15 | 27.75 | KLC |

|  |  |  |  |  |
|---|---|---|---|---|
|  | conference held on 3/23/23 re Dudley's and Steele Strategies' Motion to Disqualify Debtor; calendar rescheduled hearing date and deadlines for Debtor to file SubV Plan and Steele Strategies to amend its POC |  |  |  |
| Mar-24-23 | Review memos to/from Chris Gaul, Greta Brouphy re Great American Insurance Company's issues and questions | 0.25 | 62.50 | CMG |
| Mar-31-23 | Review numerous memos to/from Mark Maher, Christy Bergeron, Greta Brouphy re MOR deficiencies; Review MORs | 0.55 | 137.50 | CMG |
| Apr-10-23 | Brief review of Steele Strategies proofs of claim | 0.25 | 62.50 | CMG |
|  | Review memos from Doug Draper re effect of amended proofs of claim on Debtor's total outstanding debts, need to clarify litigation trust and trustee | 0.20 | 50.00 | CMG |
| Apr-14-23 | Review memos to/from David Forsyth re forthcoming hearings, declining to name liquidation trust or further details of funding of a liquidating trust | 0.20 | 50.00 | CMG |
| Apr-20-23 | Review memos to/from Greta Brouphy re status of Great American claims and policy | 0.10 | 25.00 | CMG |
|  | Review memo from Doug Draper to Dr. Kotler re discovery and best way to conduct | 0.10 | 25.00 | CMG |
| Apr-24-23 | Review memos from Lisa Jones re summary of payments recently made for insurance coverages and past due premiums | 0.20 | 50.00 | CMG |
| Apr-25-23 | Review notice of hearing and objection deadline re objection to proofs of claim of Steele Strategies | 0.25 | 62.50 | CMG |
|  | Receipt and review of hearing notice re Debtor's Objection to POCs #17-19 of Steele Strategies; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| Apr-26-23 | Review Monthly Operating Reports | 0.45 | 112.50 | CMG |
|  | Finished updating client file and pleadings index | 0.60 | 111.00 | CCL |

| | | | | |
|---|---|---|---|---|
| Apr-27-23 | Review memo from Doug Draper re claims objection set for 5/2/23 | 0.20 | 50.00 | CMG |
| Apr-28-23 | Review ex parte motion to convert hearing on objection to Steele Strategies POC #17 to status conference | 0.20 | 50.00 | CMG |
| May-02-23 | Brief review of objection to proofs of claim #17, 18, and 19 | 0.35 | 87.50 | CMG |
| | Telephone conference with Greta Brouphy re outline of hearing and related matters | 0.20 | 50.00 | CMG |
| | Telephone conference with Ms. Bergeron re case status, limits on liquidating trustee and SubV Trustee | 0.20 | 50.00 | CMG |
| May-03-23 | Review memo from Greta Brouphy outlining results from status conference | 0.10 | 25.00 | CMG |
| | Review Louisiana Department of Revenue proof of claim | 0.20 | 50.00 | CMG |
| | Review memos to/from Christy Bergeron, UST analyst, Greta Brouphy re deficiencies in monthly operating reports | 0.25 | 62.50 | CMG |
| May-04-23 | Review minute entry for results of hearing and status conference on objection to Steele Strategies POC #17 | 0.20 | 50.00 | CMG |
| | Review memos to/from Greta Brouphy, Christy Bergeron re Debtor's performance and significant questions of whether it should remain in Chapter 11 | 0.15 | 37.50 | CMG |
| May-10-23 | Telephone conference with Doug Draper re lack of response from creditor group to complete plan | 0.20 | 50.00 | CMG |
| | Review memos to/from Doug Draper, David Forsyth re Plan information and lack thereof, need for current information from creditor claim side of case | 0.30 | 75.00 | CMG |
| May-15-23 | Review memos to/from Ryan Richmond, Doug Draper re completion of open issues and information for Plan and Disclosure Statement | 0.25 | 62.50 | CMG |
| May-17-23 | Review notice of status conference set for June 8, 2023 | 0.20 | 50.00 | CMG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Receipt and review of Order on Debtor's Motion for Status Conference; calendar hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| May-18-23 | Review motion to confirm termination of automatic stay | 0.45 | 112.50 | CMG |
| May-19-23 | Review motion to expedite hearing on insurance issues | 0.25 | 62.50 | CMG |
| May-22-23 | Receipt and review of Order granting Elman's Motion to Expedite Hearing on Motion for Comfort Order; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| May-25-23 | Telephone conference with Ryan Richmond re status of case, alternatives to plan confirmation and exit strategies | 0.20 | 50.00 | CMG |
| May-26-23 | Review March 2023 Monthly Operating Report | 0.85 | 212.50 | CMG |
|  | Review April 2023 Monthly Operating Report | 0.85 | 212.50 | CMG |
| Jun-08-23 | Telephone conference with Doug Draper re naming of liquidating trustee, Plan provisions on projected disposable income and UST position | 0.20 | 50.00 | CMG |
|  | Review notice from Kathryn Steele and Robert Dudley | 0.10 | 25.00 | CMG |
|  | Attend status conference | 0.45 | 112.50 | CMG |
|  | Review memos to/from Doug Draper, opposing counsel re Plan supplements to include recently discovered claims for cause of action to be preserved | 0.30 | 75.00 | CMG |
| Jun-09-23 | Review minute entries from status conference | 0.20 | 50.00 | CMG |
|  | Receipt and review of minute entry re status conference; calendar rescheduled hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| Jun-20-23 | Review memos to/from Ryan Richmond, Douglas Draper re plan provisions and selection of liquidating trustee | 0.20 | 50.00 | CMG |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Jun-21-23 | Review memos to/from Greta Brouphy re status and hearing on Motion to Remove Debtor | 0.20 | 50.00 | CMG |
| Jun-23-23 | Review memo from Greta Brouphy re update on status conference and continuance | 0.10 | 25.00 | CMG |
| | Review motion to continue hearing filed by debtor | 0.10 | 25.00 | CMG |
| | Receipt and review of Order on Debtor's Motion to Continue Hearing on Motion to Disqualify; calendar rescheduled hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| Jun-24-23 | Review May 2023 Monthly Operating Report | 0.85 | 212.50 | CMG |
| Jun-26-23 | Review IRS proof of claim | 0.05 | 12.50 | CMG |
| Jul-05-23 | Review Texas Workforce Commission proof of claim | 0.10 | 25.00 | CMG |
| Jul-11-23 | Review POC from Central Dispatch | 0.20 | 50.00 | CMG |
| Jul-27-23 | Receipt and review of hearing notice re Central Dispatch's Motion to Allow Late Filed Claim; calendar objection deadline and hearing date to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| Jul-28-23 | Review revised Certificate of Service re Motion to File Late Claim | 0.10 | 25.00 | CMG |
| Aug-02-23 | Assist CMG reviewing and revising fee itemizations of the Law Offices of Craig M. Geno | 1.60 | 296.00 | KLC |
| Aug-04-23 | Update/preparation of document management control (subfiles and pleadings) | 0.85 | 157.25 | CCL |
| Aug-17-23 | Review order allowing late filed claim | 0.10 | 25.00 | CMG |
| Aug-21-23 | Review memos to/from Christy Bergeron, Greta Brouphy re transactions to occur at upcoming hearing, additional changes requested by the Texas Commission | 0.15 | 37.50 | CMG |
| Aug-22-23 | Review file and court docket re: 8/22/23 hearing on Dudley's and Steele | 0.40 | 74.00 | KLC |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Strategies' Motion to Disqualify Debtor; prepare hearing folder for same |  |  |  |
| Aug-23-23 | Brief review of amended plan and changes to same | 0.35 | 87.50 | CMG |
|  | Participate in status conference | 0.30 | 75.00 | CMG |
|  | Review memo from counsel for creditors re withdrawal of motion to revoke debtor-in-possession status | 0.10 | 25.00 | CMG |
| Aug-24-23 | Review memos to/from Christy Bergeron re analysis of amended plan | 0.20 | 50.00 | CMG |
| Sep-12-23 | Review motions for financing premiums and to expedite hearing | 0.55 | 137.50 | CMG |
| Sep-13-23 | Review Louisiana Department of Revenue proof of claim | 0.20 | 50.00 | CMG |
|  | Receipt and review of Order re Debtor's Ex Parte Request for Expedited Consideration re Motion to Enter Into Insurance Premium Financing Agreement; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| Sep-22-23 | Review Notice of Hearing on Motion to Convert | 0.20 | 50.00 | CMG |
|  | Review Certificate of Service on Motion to Convert | 0.15 | 37.50 | CMG |
|  | Receipt and review of hearing notice re UST's Motion to Convert Case to Chapter 7; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| Sep-27-23 | Review entered order on adequate protection | 0.10 | 25.00 | CMG |
| Sep-28-23 | Receipt and review of Order Fixing Time re Debtor's Amended SubV Plan; calendar various deadlines and hearing date to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| Sep-30-23 | Review notice of hearing and time for ballots | 0.20 | 50.00 | CMG |
| Oct-09-23 | Review UST Motion to Convert Case | 0.75 | 187.50 | CMG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Dictation of Answer and Response to UST Motion to Convert Case | 0.65 | 162.50 | CMG |
| Oct-10-23 | Review Debtor's response to US Trustee motion to convert case | 0.20 | 50.00 | CMG |
|  | Assist CMG with drafting and revising answer and response to UST's Motion to Convert Case | 0.40 | 74.00 | CCL |
| Oct-14-23 | Review of proposed plan of reorganization, budget/projected disposable income, litigation trust agreement and comparative schedules | 1.65 | 412.50 | CMG |
| Oct-16-23 | Telephone conference with Greta Brouphy re continuing dismissal hearing to confirmation | 0.20 | 50.00 | CMG |
|  | Review file and court docket re: 10/17/23 hearing on UST's Motion to Convert Case to Ch. 7; prepare hearing folder for same | 0.30 | 55.50 | KLC |
| Oct-17-23 | Attend status conference and hearing on motion to convert case | 0.25 | 62.50 | CMG |
| Oct-18-23 | Review notice of hearing on confirmation | 0.20 | 50.00 | CMG |
|  | Receipt and review of minute entry re UST's Motion to Convert Case to Ch. 7; calendar rescheduled hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| Oct-20-23 | Receipt and review of Order re Elman's Motion to Expedite Hearing on Motion for Allowance of Administrative Expense Claim; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |
| Oct-22-23 | Review UST supplement to motion to convert | 0.65 | 162.50 | CMG |
| Oct-24-23 | Review COS on claim of Elman Associates | 0.15 | 37.50 | CMG |
|  | Review September 2023 monthly operating report | 0.75 | 187.50 | CMG |
| Oct-25-23 | Receipt and review of Order re American Longshore's Motion to Expedite Hearing on Motion for Allowance of Administrative Expense Claim; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 27.75 | KLC |

| | | | | |
|---|---|---|---|---|
| Oct-31-23 | Review lessor motion for administrative expense | 0.35 | 87.50 | CMG |
| | Dictation of answer and response to landlord's motion for administrative expense | 0.20 | 50.00 | CMG |
| | Review and revision of answer and response to landlord's motion for administrative expense | 0.10 | 25.00 | CMG |
| | Review Plan of Reorganization and monthly operating reports | 1.35 | 337.50 | CMG |
| | Dictation of answer and report regarding plan | 0.50 | 125.00 | CMG |
| | Review and revision of answer and report regarding plan | 0.20 | 50.00 | CMG |
| | Assist CMG drafting Answer, Response re Elman's Motion for Administrative Expense Claim | 0.20 | 37.00 | KLC |
| | Assist CMG drafting Response, Report re Debtor's Amended SubV Plan | 0.35 | 64.75 | KLC |
| Nov-06-23 | Review file and court docket re: 11/7/23 hearing on Elman's Motion for Payment of Administrative Expense Claim; prepare hearing folder for same | 0.40 | 74.00 | KLC |
| | Review file and court docket re: 11/7/23 hearing on Debtor's Amended SubV Plan; prepare hearing folder for same | 0.60 | 111.00 | KLC |
| | Review file and court docket re: 11/7/23 hearing on UST's Motion to Convert Case to Ch. 7; update hearing folder for same | 0.30 | 55.50 | KLC |
| Nov-08-23 | Telephone conference with Ryan Richmond re case status and feasibility issues | 0.20 | 50.00 | CMG |
| | Review minute entry re motion for administrative claim | 0.20 | 50.00 | CMG |
| | Receipt and review of minute entry re Debtor's Amended SubV Plan, UST's Motion to Convert Case to Ch. 7, and Elman's Motion for Administrative Expense Claim; calendar rescheduled hearing dates to trigger preparation of hearing folders | 0.15 | 27.75 | KLC |

| | | | | |
|---|---|---|---|---|
| Nov-10-23 | Review entry of order on administrative expenses | 0.20 | 50.00 | CMG |
| Nov-13-23 | Receipt and review of Order re Motion to Expedite Hearing on Elman's Motion to Shorten Time to Respond to Discovery; calendar hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| Nov-15-23 | Review Debtor response/objection re motion to shorten time | 0.35 | 87.50 | CMG |
| Nov-17-23 | Review memos to/from Thomas Madigan re plan amendment comments | 0.10 | 25.00 | CMG |
| Nov-20-23 | Review memo from Thomas Madigan; Review administrative expense claim settlement terms | 0.25 | 62.50 | CMG |
| | Attend status conference | 0.20 | 50.00 | CMG |
| | Telephone conference with Doug Draper re plan feasibility | 0.20 | 50.00 | CMG |
| Nov-21-23 | Review memos to/from K. Hess re witness/exhibit issues | 0.10 | 25.00 | CMG |
| Nov-24-23 | Review operating report for October 2023 | 0.55 | 137.50 | CMG |
| Nov-26-23 | Review report of expert witness; Review plan amendments; Review file, objections and prepare for hearing | 1.85 | 462.50 | CMG |
| | Review various witness and exhibit lists | 0.35 | 87.50 | CMG |
| Nov-27-23 | Review memos to/from Christy Bergeron re positions to take at confirmation hearing, favoring confirmation/favoring conversion | 0.25 | 62.50 | CMG |
| | Attend confirmation hearing | 5.50 | 1,375.00 | CMG |
| | Telephone conference with Doug Draper re briefing schedule and contents of brief | 0.20 | 50.00 | CMG |
| Nov-28-23 | Review witness/exhibit list re plan confirmation | 0.15 | 37.50 | CMG |
| Nov-30-23 | Review minute entry re amended plan | 0.10 | 25.00 | CMG |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Review memo from L. Jones re customer satisfaction | 0.10 | 25.00 | CMG |
|  | Receipt and review of minute entry re 11/30/23 hearings; calendar deadline to submit post-hearing briefs | 0.10 | 18.50 | KLC |
| Dec-04-23 | Review file, MORs to prepare report re plan confirmation | 0.40 | 100.00 | CMG |
|  | Dictation of brief/report on plan | 1.10 | 275.00 | CMG |
|  | Assist CMG drafting Report & Recommendation re Debtor's Amended SubV Plan | 0.50 | 92.50 | KLC |
| Dec-05-23 | Review and revision of brief/report on plan | 0.55 | 137.50 | CMG |
|  | Review memos to/from Shelley Kaysen; Review letters of support from various customers | 0.20 | 50.00 | CMG |
|  | Review briefs of UST, Debtor and Steele re confirmation of plan | 1.20 | 300.00 | CMG |
|  | Assist CMG revising Report & Recommendation re Debtor's Amended SubV Plan | 0.40 | 74.00 | KLC |
| Dec-06-23 | Telephone conference with Doug Draper re briefing and results | 0.20 | 50.00 | CMG |
| Dec-08-23 | Review motion to strike deadlines and notices | 0.20 | 50.00 | CMG |
| Dec-12-23 | Review order setting confirmation opinion announcement | 0.20 | 50.00 | CMG |
|  | Receipt and review of Order setting hearing on confirmation of the Debtor's Amended SubV Plan; calendar hearing date to trigger preparation of hearing folder | 0.10 | 18.50 | KLC |
| Dec-14-23 | Attend court's announcement of opinion on confirmation | 0.35 | 87.50 | CMG |
|  | Review memos to/from Christy Bergeron requesting input in and to the draft order confirming plan of reorganization when prepared | 0.10 | 25.00 | CMG |

| | | | | |
|---|---|---|---|---|
| Feb-01-24 | Review entered confirmation order | 0.10 | 25.00 | CMG |
| Feb-03-24 | Review notice from Mr. Butler re entry of appearance | 0.10 | 25.00 | CMG |
| Feb-05-24 | Receipt and review of Order Confirming the Debtor's Amended SubV Plan; calendar various deadlines | 0.20 | 37.00 | KLC |
| Feb-06-24 | Assist CMG reviewing and revising fee itemizations of the Law Offices of Craig M. Geno | 0.40 | 74.00 | KLC |
| | Assist CMG drafting CMG's 1st & Final Fee Application, Notice of Hearing, Certificate of Service and Order re same | 0.35 | 64.75 | KLC |
| Feb-07-24 | Review and revision of fee itemizations of the Law Offices of Craig M. Geno | 0.75 | 187.50 | CMG |
| | Dictation of application for compensation | 1.00 | 250.00 | CMG |
| Feb-08-24 | Assist CMG reviewing and revising fee itemizations of the Law Offices of Craig M. Geno | 0.35 | 64.75 | KLC |
| | Assist CMG revising CMG's 1st & Final Fee Application, Notice of Hearing and Order re same | 0.35 | 64.75 | KLC |
| Feb-09-24 | Assist CMG revising CMG's 1st and Final Fee Application, Notice of Hearing, Certificate of Service and Order re same | 0.15 | 27.75 | KLC |
| | Totals | 104.15 | $24,649.75 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Nov-16-22 | Long Distance | 4.13 |
| | Long Distance | 1.13 |
| Dec-20-22 | Long Distance | 2.00 |
| Dec-28-22 | Long Distance | 2.00 |
| Jan-09-23 | Long Distance | 2.00 |
| Feb-22-23 | Long Distance | 2.13 |
| Feb-28-23 | Long Distance | 2.13 |
| | Long Distance | 2.13 |
| Mar-15-23 | Long Distance | 2.13 |
| May-25-23 | Long Distance | 2.13 |
| Jun-08-23 | Long Distance | 1.13 |

| Nov-08-23 | Long Distance | 4.13 |
| Nov-19-23 | Long Distance | 2.13 |
| Nov-27-23 | Long Distance | 3.13 |
| Dec-06-23 | Long Distance | 2.13 |
| | Totals | $34.56 |

**Total Fee & Disbursements** — **$24,684.31**

**Balance Now Due** — **$24,684.31**

## SUMMARY BY TIMEKEEPER

| TIMEKEEPER | RATE | HOURS | AMOUNT |
|---|---|---|---|
| **Craig M. Geno** | **$250.00** | **82.80** | **$20,700.00** |
| **Cathryn Leal** | **$185.00** | **6.60** | **$1,221.00** |
| **Kathryn L. Carter** | **$185.00** | **14.75** | **$2,728.75** |

TAX ID Number       45-4013160