# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| In re | : NO: 22-11254 |
| | : |
| **REMOTEMD, LLC,** | : CHAPTER 11 |
| | : SUBCHAPTER V |
| Debtor. | : |
| | : |

___

## NOTICE OF PLAN EFFECTIVE DATE

**NOW INTO COURT**, through undersigned counsel, comes RemoteMD, LLC (the "***Reorganized Debtor***"), who files this *Notice of Plan Effective Date* and herby avers as follows:

1. The Effective Date for the confirmed Subchapter V Plan of Reorganization [ECF Doc. 306] is February 16, 2024.

2. The Reorganized Debtor and Dwayne Murray as the Litigation Trustee for the Litigation Trust have executed the Litigation Trust Agreement.

3. The Reorganized Debtor has transferred $62,500.00 to Dwayne Murray as the Litigation Trustee for the Litigation Trust per the terms of the confirmed Subchapter V Plan of Reorganization.

Dated: February 19, 2024

Respectfully submitted,

*/s/ Greta M. Brouphy*
**HELLER, DRAPER & HORN, LLC**
Douglas S. Draper, La. Bar No. 5073
Leslie A. Collins, La. Bar No. 14891
Greta M. Brouphy, La. Bar No. 26216
Michael E. Landis, La. Bar No. 36542
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Tel: (504) 299-3300
Fax: (504) 299-3399
Email: ddraper@hellerdraper.com
lcollins@hellerdraper.com
gbrouphy@hellerdraper.com
mlandis@hellerdraper.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I, do hereby certify that I caused the above and foregoing to be served on February 19, 2024, to all parties entitled to service via the Court's CM/ECF Electronic Notification System as follows:

- **Laura F. Ashley**   lashley@joneswalker.com, laura-ashley-4406@ecf.pacerpro.com
- **Alicia M. Bendana**   abendana@lawla.com, rmichel@lawla.com;seaton@lawla.com
- **Christy Renee Bergeron**   Christy.Bergeron@usdoj.gov
- **Greta M. Brouphy**   gbrouphy@hellerdraper.com, vgamble@hellerdraper.com
- **Katherine Elizabeth Clark**   kclark@gamb.com
- **Douglas S. Draper**   ddraper@hellerdraper.com, vgamble@hellerdraper.com
- **J. David Forsyth**   jdf@sessions-law.com
- **Brett P. Furr**   brett.furr@taylorporter.com, karla.dietz@taylorporter.com
- **Craig M Geno**   cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com;cleal@cmgenolaw.com;cmgeno@ecf.courtdrive.com
- **Katilyn Michelle Hollowell**   katie.hollowell@keanmiller.com
- **Michael E. Landis**   mlandis@hellerdraper.com, Vgamble@hellerdraper.com
- **J. Eric Lockridge**   eric.lockridge@keanmiller.com, stephanie.gray@keanmiller.com;eric-lockridge-9072@ecf.pacerpro.com
- **Armistead M. Long**   along@gamb.law, sroberts@gamb.law
- **Thomas J. Madigan**   tmadigan@shergarner.com
- **Randy George McKee**   rgmckee@mckeelawllc.com, randyofc@bellsouth.net

{00381473-1}                                                2

- **Mark Mintz**  mmintz@joneswalker.com, mark-mintz-4822@ecf.pacerpro.com
- **Leann Opotowsky Moses**  moses@carverdarden.com, langley@carverdarden.com;8167471420@filings.docketbird.com
- **William Hardy Patrick**  will.patrick@taylorporter.com
- **Ryan James Richmond**  ryan@snw.law
- **Peter C. Smart**  smart-efile@craincaton.com
- **Timothy Thriffiley**  tthriffiley@pivachlaw.com, Mmajchrzak@pivachlaw.com
- **Office of the U.S. Trustee**  USTPRegion05.NR.ECF@usdoj.gov

and the attached mailing matrix, via U.S. Mail, First Class, with prepaid postage on February 19, 20240

>                       */s/ Greta M. Brouphy*
>                       Greta M. Brouphy