## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | ) | Case No.: 22-11254 |
| | ) | |
| REMOTEMD, LLC | ) | CHAPTER 11, SUB V |
| | ) | |
| Debtor. | ) | |
| | ) | |

### THE LITIGATION TRUSTEE'S LIMITED OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL OF RECORD

**MAY IT PLEASE THE COURT:**

Dwayne Murray, in his capacity as the litigation trustee (hereafter, the "Litigation Trustee") of the RemoteMD, LLC Litigation Trust ("Litigation Trust"), submits this *Limited Opposition to Motion to Withdraw as Counsel of Record*, filed by Heller Draper ("Motion").

On May 21, 2024, this Court entered an Order directing the "Reorganized Debtor and Dr. Michael D. Kotler, in his capacity as the Reorganized Debtor's Representative, and/or Debtor's counsel, Heller Draper" (collectively "the Reorganized Debtor Parties") to provide certain information and documents to the Litigation Trustee on an expedited basis so that the Litigation Trustee could investigate the Retained Causes of Action assigned by the Debtor to the Litigation Trust prior to the expiration of any applicable insurance policies all in advance of the deadline for filing such actions ("Order").

The Heller Draper firm has been coordinating the Debtor's turnover, however, many of the important documents and information, such as the hard drive, identification of insurance policies, all policies that could provide insurance for any of the Retained Causes of Action, insurance claims letters, check images and wire transfers have still not been turned over to the Litigation Trustee.

1

*See* Exhibit "A." In its Motion, Heller Draper acknowledges that there are outstanding turnover obligations and that Remote has not secured replacement bankruptcy counsel at this time.

Given the exingencies previously highlighted by the Litigation Trustee, he requests that this Court defer granting Heller Draper's Motion to Withdraw until after the earlier of (1) such time as the Litigation Trustee confirms to this Court that the Reorganized Debtor Parties have complied in good faith with the Order or (2) such time as the Reorganized Debtor and/or the Reorganized Debtor's representative secures replacement counsel to coordinate the turnover of the outstanding documents and information that this Court ordered the Reorganized Debtor Parties to turn over to the Litigation Trustee.

Respectfully Submitted,

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**

  /s/ Alicia M. Bendana
Alicia M. Bendana, Esq. (La. Bar # 21472)
Christopher Caplinger (La. Bar # 25357)
Katherine E. Clark (La. Bar # 40180)
601 Poydras St., Ste. 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Email: abendana@lawla.com
          ccaplinger@lawla.com
          kclark@lawla.com
*Counsel to Dwayne Murray, in his capacity as the Trustee of the RemoteMD, LLC Litigation Trust*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the above and foregoing to be served on June 18, 2024, to all parties entitled to service via the Court's Electronic Notification System.

Laura F. Ashley on behalf of Creditor Caresworth Medical Centre & Pharmacy
lashley@joneswalker.com, laura-ashley-4406@ecf.pacerpro.com

2

Laura F. Ashley on behalf of Petitioning Creditor Premier Laboratory Services, LLC lashley@joneswalker.com, laura-ashley-4406@ecf.pacerpro.com
Alicia M. Bendana on behalf of AFCO Credit Corporation
abendana@lawla.com, rmichel@lawla.com;seaton@lawla.com
Alicia M. Bendana on behalf of Trustee Dwayne M. Murray
abendana@lawla.com, rmichel@lawla.com;seaton@lawla.com
Christy Renee Bergeron on behalf of U.S. Trustee Office of the U.S. Trustee
Christy.Bergeron@usdoj.gov
Greta M. Brouphy on behalf of Debtor RemoteMD, L.L.C.
gbrouphy@hellerdraper.com, vgamble@hellerdraper.com
Christopher T. Caplinger on behalf of Trustee Dwayne M. Murray
ccaplinger@lawla.com, mlopez@lawla.com
Douglas S. Draper on behalf of Attorney Heller Draper & Horn, LLC
ddraper@hellerdraper.com, vgamble@hellerdraper.com
Douglas S. Draper on behalf of Debtor RemoteMD, L.L.C.
ddraper@hellerdraper.com, vgamble@hellerdraper.com
J. David Forsyth on behalf of Creditor Robert Dudley and Kathryn Steele
jdf@sessions-law.com
J. David Forsyth on behalf of Petitioning Creditor Steele Strategies Inc.
jdf@sessions-law.com
J. David Forsyth on behalf of Petitioning Creditor Robert Dudley
jdf@sessions-law.com
Brett P. Furr on behalf of Creditor Evergreen Working Capital, LLC
brett.furr@taylorporter.com, mary.bateman@taylorporter.com
Craig M Geno
cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com; cleal@cmgenolaw.com; cmgeno@ecf.courtdrive.com
Craig M Geno on behalf of Trustee Craig M Geno
cmgeno@cmgenolaw.com, kcarter@cmgenolaw.com; cleal@cmgenolaw.com; cmgeno@ecf.courtdrive.com
Katilyn Michelle Hollowell on behalf of Creditor Noble Drilling (U.S.) LLC
katie.hollowell@keanmiller.com
Michael E. Landis on behalf of Debtor RemoteMD, L.L.C.
mlandis@hellerdraper.com, Vgamble@hellerdraper.com
J. Eric Lockridge on behalf of Creditor Noble Drilling (U.S.) LLC
eric.lockridge@keanmiller.com, stephanie.gray@keanmiller.com; ericlockridge9072@ecf.pacerpro.com
Armistead M. Long on behalf of Creditor Sallyport Commercial Finance, LLC
along@gamb.law, sroberts@gamb.law
Thomas J. Madigan on behalf of Movant Elman 880-990 Associates, LP
tmadigan@shergarner.com, rbailey@shergarner.com
Randy George McKee on behalf of Creditor Eureka Medical Laboratories, Inc.
rgmckee@mckeelawllc.com, randyofc@bellsouth.net
Mark Mintz on behalf of Petitioning Creditor Premier Laboratory Services, LLC
mmintz@joneswalker.com, mark-mintz-4822@ecf.pacerpro.com

3

Leann Opotowsky Moses on behalf of Creditor American Longshore Mutual Association, Ltd. through its program administrator The American Equity Underwriters, Inc. moses@carverdarden.com, langley@carverdarden.com; 8167471420@filings.docketbird.com
William Hardy Patrick, IV on behalf of Creditor Evergreen Working Capital, LLC
will.patrick@taylorporter.com
Ryan James Richmond on behalf of Creditor Robert Dudley and Kathryn Steele
ryan@snw.law
Ryan James Richmond on behalf of Creditor Steele Strategies Inc.
ryan@snw.law
Ryan James Richmond on behalf of Creditor Robert Dudley
ryan@snw.law
Peter C. Smart, Sr on behalf of Creditor Mody Capital LLC
psmart@craincaton.com
Timothy Thriffiley on behalf of Creditor Central Dispatch, Inc.
tthriffiley@pivachlaw.com, Mmajchrak@pivachlaw.com
Office of the U.S. Trustee
USTPRegion05.NR.ECF@usdoj.gov

The following individuals have been served on June 18, 2024, by placing same in the United States Mail, postage prepaid and properly addressed:

Doug Draper
Greta M. Brouphy
Michael E. Landis
Heller, Draper & Horn, LLC
650 Poydras Street, Suite 2500
New Orleans, LA 70130

RemoteMD, L.L.C.
880 W. Commerce Road, Suite 101
New Orleans, LA 70123

            */s/ Alicia M. Bendana*
             Alicia M. Bendana